UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL BUCCI and ANTHONY MESSINA, <br> Plaintiffs <br><br> v. <br><br> GLOBEGROUND NORTH AMERICA, LLC <br> Defendant | **05 CV 10963 NG** <br><br> CIVIL ACTION NO. |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT,
GLOBEGROUND NORTH AMERICA LLC, PURSUANT TO LOCAL RULE 7.3(A)**

The defendant, GlobeGround North America LLC, by and through its counsel, states that GlobeGround North America LLC is owned by Hudson General Corporation and LAGS (USA), Inc. LAGS(USA), Inc. is owned by GlobeGround Holding GmbH which is owned by Penauille PolyServices, S.A.

Respectfully Submitted,
GlobeGround North America LLC
By its attorneys,

Maynard M. Kirpalani, BBO# 273940
Helen E. Tsingos, BBO# 629762
Wilson, Elser, Moskowitz, Edelman &
Dicker LLP
155 Federal Street
Boston, MA 02110
(617) 422-5300

Dated: 5/10/05

38105.t#h011.doc

CERTIFICATE OF SERVICE

I, Helen E. Tsingos, hereby certify that I have this 10th day of May 2004, served a copy of the foregoing upon all parties by mailing same postage prepaid to:

> Ann M. McNamara, Esq.
> Quinn and Morris
> 141 Tremont Street
> Boston, MA  02111

*Helen E. Tsingos*
Helen E. Tsingos