UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

MICHAEL BUCCI, and ANTHONY MESSNA )
    Plaintiffs, )
  )
v. )
  ) CIVIL ACTION NO.05 CV 10963NG
GLOBEGROUND NORTH AMERICA LLC, )
    Defendants. )
  )

### ANSWER OF THE DEFENDANT, GLOBEGROUND NORTH AMERICA LLC TO PLAINTIFFS' COMPLAINT

NOW COMES the Defendant, GlobeGround North America LLC ("GlobeGround") hereby responds to the allegations contained in the complaint of the plaintiff, paragraph by paragraph, as follows:

1. GlobeGround is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 1 of the complaint.

2. GlobeGround is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 2 of the complaint.

3. GlobeGround admits it is organized and exists under the laws of the State of Delaware, has a resident agent, CT Corporation System located at 101 Federal Street, Boston, Massachusetts, and does business at Logan International Airport. GlobeGround denies it is a corporation.

### FACTS

4. GlobeGround reasserts and incorporates by reference herein the responses to paragraphs 1 through 3 of the plaintiffs' complaint.

5. GlobeGround is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 5 of the complaint.

6. GlobeGround is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 6 of the complaint.

38329.1

7. GlobeGround is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 7 of the complaint.

8. GlobeGround denies the allegations in paragraph 8 of the complaint.

## COUNT I
## NEGLIGENCE VS. GLOBEGROUND NORTH AMERICA LLC

9. GlobeGround reasserts and incorporates by reference herein the responses to paragraphs 1 through 8 of the plaintiffs' complaint.

10. GlobeGround denies the allegations in paragraph 10 of the complaint.

## COUNT II
## VICARIOUS LIABILITY VS. GLOBEGROUND NORTH AMERICA LLC

11. GlobeGround reasserts and incorporates by reference herein the responses to paragraphs 1 through 10 of the plaintiffs' complaint.

12. GlobeGround is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 12 of the complaint.

13. GlobeGround denies the allegations in paragraph 13 of the complaint.

14. GlobeGround denies the allegations in paragraph 14 of the complaint.

## COUNT III
## NEGLIGENCE VS. GLOBEGROUND NORTH AMERICA LLC

15. GlobeGround reasserts and incorporates by reference herein the responses to paragraphs 1 through 14 of the plaintiffs' complaint.

16. GlobeGround denies the allegations in paragraph 16 of the complaint.

## COUNT IV
## VICARIOUS LIABILITY VS. GLOBEGROUND NORTH AMERICA LLC

17. GlobeGround reasserts and incorporates by reference herein the responses to paragraphs 1 through 16 of the plaintiffs' complaint.

18. GlobeGround is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 18 of the complaint.

19. GlobeGround denies the allegations in paragraph 19 of the complaint.

20. GlobeGround denies the allegations in paragraph 20 of the complaint.

WHEREFORE, the defendants pray that the Complaint against them be dismissed and judgment enter in their favor together with their costs.

### FIRST AFFIRMATIVE DEFENSE

And further answering, GlobeGround states that the plaintiffs' complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

And further answering, GlobeGround says that the plaintiff's recovery, if any, must be diminished by the proportion of fault which is applicable to the plaintiff.

### THIRD AFFIRMATIVE DEFENSE

And further answering, GlobeGround says that if the plaintiff proves that GlobeGround was at fault as alleged, the plaintiff was at fault to a greater degree than GlobeGround, and is barred from recovery.

### FOURTH AFFIRMATIVE DEFENSE

And further answering, to the extent the plaintiff suffered any damage, it was the result of a superseding and/or intervening cause for which GlobeGround is not responsible.

### FIFTH AFFIRMATIVE DEFENSE

And further answering, GlobeGround says that the plaintiffs' injuries, if any, were caused by individuals for whose conduct the defendant is not responsible.

### SIXTH AFFIRMATIVE DEFENSE

And further answering, GlobeGround says that the plaintiffs have failed to mitigate their damages and therefore are barred from recovery.

### SEVENTH AFFIRMATIVE DEFENSE

And further answering, GlobeGround says that it is exempt from liability to the plaintiffs for all or part of the damages, loss of expenses claimed under the provisions of Massachusetts General Laws, Chapter 90, Section 34M.

### EIGHTH AFFIRMATIVE DEFENSE

And further answering, GlobeGround says that the plaintiffs may not recover for damages for any alleged pain and suffering including mental suffering associated with alleged injury under Massachusetts General Laws, Chapter 231, Section 6D.

### NINETH AFFIRMATIVE DEFENSE

And further answering, GlobeGround says that the action is barred by the applicable statute of limitations.

### JURY DEMAND

**GLOBEGROUND NORTH AMERICA LLC HEREBY DEMANDS A TRIAL BY JURY ON ALL ISSUES SO TRIABLE.**

Respectfully Submitted,
GlobeGround North America LLC
By its attorneys,

Maynard M. Kirpalani, BBO# 273940
Helen E. Tsingos, BBO# 629762
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
155 Federal Street
Boston, MA 02110
(617) 422-5300

38329.1

4

## CERTIFICATE OF SERVICE

I, Helen E. Tsingos, hereby certify that I have this 17th day of May, 2005, served a copy of the Answer of the Defendant, GlobeGround North America LLC to Plaintiffs' Complaint upon the following by mailing same postage prepaid to:

> Ann M. McNamara
> QUINN AND MORRIS
> 141 Tremont Street
> Boston, MA 02111

*/s/ Helen E. Tsingos*
Helen E. Tsingos

38329.1