MAS-20030912                          Commonwealth of Massachusetts                         05/12/2005
guen                                        SUFFOLK SUPERIOR COURT                          01:50 PM
                                                  Case Summary
                                                   Civil Docket

### SUCV2005-01218
### Bucci et al v Globeground North America LLC

05cv10963NG

| File Date | 03/30/2005 | Status | Disposed: transfered to other court (dtrans) |
| Status Date | 05/12/2005 | Session | D - Civil D, 3 Pemberton Square, Boston |
| Origin | 1 | Case Type | B03 - MV negligence/pers injury/prop dmg |
| Lead Case | | Track | F |

| Service | 06/28/2005 | Answer | 08/27/2005 | Rule12/19/20 | 08/27/2005 |
| Rule 15 | 08/27/2005 | Discovery | 01/24/2006 | Rule 56 | 02/23/2006 |
| Final PTC | 03/25/2006 | Disposition | 05/24/2006 | Jury Trial | Yes |

### PARTIES

**Plaintiff**
Michael Bucci
Active 03/30/2005

**Private Counsel 117450**
Louis deBenedictis
Quinn & Morris
141 Tremont Street
6th floor
Boston, MA 02111
Phone: 617-423-3500
Fax: 617-426-8564
Active 03/30/2005 Notify

**Plaintiff**
Anthony Messina
Active 03/30/2005

*** See Attorney Information Above ***

**Defendant**
Globeground North America LLC
Served: 04/21/2005
Served (answr pending) 05/10/2005

**Private Counsel 273940**
Maynard M Kirpalani
Wilson Elser Moskowitz Edelman & Dicker LLP
155 Federal Street
5th Floor
Boston, MA 02110
Phone: 617-422-5300
Fax: 617-423-6917
Active 05/12/2005 Notify

**Private Counsel 629762**
Helen E Tsingos
Wilson Elser Moskowitz Edelman & Dicker LLP
155 Federal Street
5th floor
Boston, MA 02110
Phone: 617-423-5300
Fax: 617-423-6917
Active 05/12/2005 Notify

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 03/30/2005 | 1.0 | Complaint & jury demand on complaint (all issues) |

MAS-20030912
guen

Case 1:05-cv-10963-NG   Document 4   Filed 05/20/2005   Page 2 of 11

Commonwealth of Massachusetts
SUFFOLK SUPERIOR COURT
Case Summary
Civil Docket

05/12/2005
01:50 PM

## SUCV2005-01218
### Bucci et al v Globeground North America LLC

| Date | Paper | Text |
|---|---|---|
| 03/30/2005 | | Origin 1, Type B03, Track F. |
| 03/30/2005 | 2.0 | Civil action cover sheet filed |
| 05/10/2005 | 3.0 | SERVICE RETURNED: Globeground North America LLC(Defendant) (In hand to D Mitchell) |
| 05/11/2005 | | Copy of petition for removal to U. S. Dist. Court of Deft. GlobeGround North America LLC U. S. Dist.#(05-CV-10963NG). |
| 05/12/2005 | | Case REMOVED this date to US District Court of Massachusetts |

**EVENTS**

I HEREBY ATTEST AND CERTIFY ON
MAY 13, 2005
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY: _____
ASSISTANT CLERK.

Suffolk Superior Civil # 05-1218 ✓

Suffolk Superior Civil # 05-1218 ✓

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.                                          SUPERIOR COURT
                                                      CIVIL ACTION NO. 05-1218-D

MICHAEL BUCCI and           )
ANTHONY MESSINA,            )     U.S. DIST #
        Plaintiffs          )
                            )     05-CV-10963NG
v.                          )
                            )
GLOBEGROUND NORTH           )
AMERICA, LLC                )
        Defendant           )
                            )

### NOTICE OF CASE HAVING BEEN REMOVED

TO THE HONORABLE JUSTICE AND CLERK OF THIS COURT:

GlobeGround North America LLC, the named defendant in this action, files this Notice of Case Having Been Removed. Attached hereto is a true and correct copy of the Notice of Removal filed in the United States District Court for the District of Massachusetts, the filing of which effected the removal of this action.

                                        Respectfully Submitted,
                                        GlobeGround North America LLC
                                        By its attorneys,

                                        /s/ Helen E. Tsingos
                                        Maynard M. Kirpalani, BBO# 273940
                                        Helen E. Tsingos, BBO# 629762
                                        Wilson, Elser, Moskowitz, Edelman &
                                        Dicker LLP
                                        155 Federal Street
                                        Boston, MA 02110
                                        (617) 422-5300

Dated: 5/10/05

37526.1

## CERTIFICATE OF SERVICE

I, Helen E. Tsingos, hereby certify that I have this /0th day of May, 2005, served a copy of the foregoing upon all parties of record by mailing same postage prepaid to:

> Ann M. McNamara
> Quinn and Morris
> 141 Tremont Street
> Boston, MA 02111

_____
Helen E. Tsingos

37526.1

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.                                                  SUPERIOR COURT
                                                              CIVIL ACTION NO.:
                                                              05-1218

MICHAEL BUCCI and                    )
ANTHONY MESSINA,                     )
    Plaintiffs                       )
                                     )
v.                                   )
                                     )
GLOBEGROUND                          )
NORTH AMERICA LLC,                   )
    Defendant                        )
                                     )

## COMPLAINT
## (JURY TRIAL REQUESTED)

### PARTIES

1. The plaintiff Michael Bucci, for all purposes pertinent to this complaint, is a resident of Braintree, Massachusetts.

2. The plaintiff Anthony Messina, for all purposes pertinent to this complaint, is a resident of East Boston, Suffolk County, Massachusetts.

3. Defendant Globeground North America LLC is a foreign corporation, listed with the Massachusetts Secretary of State's Office, with its usual place of business in Massachusetts located at 440 William F. McCellan, Boston, Suffolk County, MA, 02128 and having as its resident agent: CT Corporation, 101 Federal Street, Boston, MA 02110.

### FACTS

4. The plaintiffs repeat and reallege the allegations contained in paragraphs 1-3 as if more fully rewritten herein.

5. On or about December 7, 2002, plaintiff Michael Bucci was an employee of United Airlines Incorporated, driving a minivan at Logan Airport in Boston, Massachusetts.

6. On or about December 7, 2002, plaintiff Anthony Messina was an employee of United Airlines Incorporated and was a passenger in the minivan driven by Michael Bucci at Logan Airport in Boston, Massachusetts.

7. On or about December 7, 2002, an employee of defendant Globeground North America LLC, was operating a truck owned by their employer defendant, Globeground North America LLC at Logan Airport in Boston, Massachusetts.

8. As plaintiff Michael Bucci traveled in the minivan suddenly and without warning, the employee of defendant Globeground North America LLC, while operating a truck owned by the defendant, negligently collided into the rear-end of the minivan plaintiff Michael Bucci was operating, causing plaintiff's Michael Bucci and Anthony Messina to suffer severe personal injuries.

## COUNT I
## NEGLIGENCE VS. GLOBEGROUND NORTH AMERICA LLC

9. The plaintiffs repeat and reallege the allegations contained in paragraphs 1-8 as if more fully rewritten herein.

10. As a direct and proximate result of the negligence of the defendant Globeground North America LLC, through it's agents, employees and servants, as described in paragraph eight (8), the plaintiff Michael Bucci suffered severe personal injuries, medical expenses, disability, lost wages, causing him great pain of mind and body and leaving him in a much diminished state.

WHEREFORE, plaintiff Michael Bucci demands judgment from this Honorable Court against Globeground North America LLC, for fair and equitable damages, plus interest, costs of this action and such other and further relief as the Court deems proper.

## COUNT II
## VICARIOUS LIABILITY VS. GLOBEGROUND NORTH AMERICA LLC

11. The plaintiffs repeat and reallege the allegations contained in paragraphs 1-10 as if more fully rewritten herein.

12. On or about December 7, 2002 an employee of the defendant Globeground North America LLC was operating a truck owned by the defendant in the course of their employment at Logan Airport in Boston, Massachusetts.

13. The defendant, Globeground North America LLC, is and was responsible for the negligent conduct of it's employee as the employee acted within the scope of their employment.

14. As a direct and proximate result of the negligence and carelessness of the employee of the defendant, Globeground North America LLC, the plaintiff, Michael Bucci suffered

severe personal injuries, medical expenses, disability, lost wages, causing him great pain of mind and body and leaving him in a much diminished state.

WHEREFORE, plaintiff Michael Bucci demands judgment from this Honorable Court against Globeground North America LLC, for fair and equitable damages, plus interest, costs of this action and such other and further relief as the Court deems proper.

## COUNT III
## NEGLIGENCE VS. GLOBEGROUND NORTH AMERICA LLC

15. The plaintiffs repeat and reallege the allegations contained in paragraphs 1-14 as if more fully rewritten herein.

16. As a direct and proximate result of the negligence of the defendant Globeground North America LLC, through it's agents, employees and servants, as described in paragraph eight (8), the plaintiff Anthony Messina suffered severe personal injuries, medical expenses, disability, lost wages, causing him great pain of mind and body and leaving him in a much diminished state.

WHEREFORE, plaintiff Anthony Messina demands judgment from this Honorable Court against Globeground North America LLC, for fair and equitable damages, plus interest, costs of this action and such other and further relief as the Court deems proper.

## COUNT IV
## VICARIOUS LIABILITY VS. GLOBEGROUND NORTH AMERICA LLC

17. The plaintiffs repeat and reallege the allegations contained in paragraphs 1-16 as if more fully rewritten herein.

18. On or about December 7, 2002 an employee of the defendant Globeground North America LLC was operating a truck owned by the defendant in the course of their employment at Logan Airport in Boston, Massachusetts.

19. The defendant, Globeground North America LLC, is and was responsible for the negligent conduct of it's employee as the employee acted within the scope of their employment.

20. As a direct and proximate result of the negligence and carelessness of the employee of the defendant, Globeground North America LLC, the plaintiff, Anthony Messina suffered severe personal injuries, medical expenses, disability, lost wages, causing him great pain of mind and body and leaving him in a much diminished state.

WHEREFORE, plaintiff Anthony Messina demands judgment from this Honorable Court against Globeground North America LLC, for fair and equitable damages, plus interest, costs of this action and such other and further relief as the Court deems proper.

PURSUANT TO MASSACHUSETTS RULES OF CIVIL PROCEDURE RULE 38, THE PLAINTIFFS DEMAND A TRIAL BY JURY ON ALL COUNTS.

Plaintiffs, Michael Bucci,
and Anthony Messina,
by their attorney,

Ann M. McNamara
QUINN AND MORRIS
141 Tremont Street
Boston, MA 02111
Tel. (617) 423-3500
BBO #: 117450

I HEREBY ATTEST AND CERTIFY ON
MAY 13, 2005 THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY
ASSISTANT CLERK.

| CIVIL ACTION COVER SHEET | DOCKET NO(S) 05-1218 | Trial Court of Massachusetts Superior Court Department County: SUFFOLK |
|---|---|---|

| PLAINTIFF(S) | DEFENDANT(S) |
|---|---|
| Michael Bucci and Anthony Messina | Globeground North America, LLC |

| ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE (617) 423-3500 | ATTORNEY (if known) |
|---|---|
| Ann M. McNamara, Esquire, Quinn and Morris, 141 Tremont Street, Boston, MA 02111 Board of Bar Overseers number: 546445 | |

**Origin code and track designation**

Place an x in one box only:
- [X] 1. F01 Original Complaint
- [ ] 2. F02 Removal to Sup.Ct. C.231,s.104 (Before trial) (F)
- [ ] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)
- [ ] 4. F04 District Court Appeal c.231, s. 97 &104 (After trial) (X)
- [ ] 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P. 60) (X)
- [ ] 6. E10 Summary Process Appeal (X)

**TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)**

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| B03 | Motor Vehicle negligence - P.I. | (F) | (X) Yes ( ) No |

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

**TORT CLAIMS**
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
 1. Total hospital expenses ................................................ estimate $ 2,235.33 *
 2. Total Doctor expenses ................................................. estimate $ 1,026.00 *
 3. Total chiropractic expenses ........................................... $ ............ *
 4. Total physical therapy expenses ...................................... estimate $ 7,460.00 *
 5. Total other expenses (describe) MRI, radiology, medication, etc..... estimate $ 3,425.51 *
    estimate Subtotal $ 14,146.84 *
B. Documented lost wages and compensation to date .................... estimate $ 131,913.10 *
C. Documented property damages to date ............................... estimate $ NONE *
D. Reasonably anticipated future medical and hospital expenses ........ estimate $ ............ *
E. Reasonably anticipated lost wages .................................. estimate $ ............ *
F. Other documented items of damages (describe)
    estimate $ NONE *
G. Brief description of plaintiff's injury, including nature and extent of injury (describe)

 Plaintiff suffered injuries to his neck and back.*

   $ ............ *
* Plaintiff reserves the right to supplement or amend if necessary. estimate TOTAL $146,059.94 *

**CONTRACT CLAIMS**
(Attach additional sheets as necessary)
Provide a detailed description of claim(s):

TOTAL $. ............

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record _____ DATE: 3/29/2005

AOTC-6 mtc005-11/99
A.O.S.C. 1-2000

I HEREBY ATTEST AND CERTIFY ON
MAY 13, 2005, THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY: _____
ASSISTANT CLERK.

For Plaintiff Anthony Messina

| CIVIL ACTION COVER SHEET | DOCKET NO(S) 05-1218 | Trial Court of Massachusetts Superior Court Department County: SUFFOLK |
|---|---|---|
| PLAINTIFF(S) Michael Bucci and Anthony Messina | | DEFENDANT(S) Globeground North America, LLC |
| ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE (617) 423-3500 Ann M. McNamara, Esquire, Quinn and Morris, 141 Tremont Street, Boston, MA 02111 Board of Bar Overseers number: 546445 | | ATTORNEY (if known) |

Origin code and track designation

Place an x in one box only:
- [X] 1. F01 Original Complaint
- [ ] 2. F02 Removal to Sup.Ct. C.231,s.104 (Before trial) (F)
- [ ] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)
- [ ] 4. F04 District Court Appeal c.231, s. 97 &104 (After trial) (X)
- [ ] 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P. 60) (X)
- [ ] 6. E10 Summary Process Appeal (X)

TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| B03 | Motor Vehicle negligence - P.I. | (F) | (X) Yes   ( ) No |

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

**TORT CLAIMS**
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
1. Total hospital expenses ............................................... estimate $ 950.00 *
2. Total Doctor expenses ................................................ estimate $ 1,045.00 *
3. Total chiropractic expenses ......................................... estimate $ ........... *
4. Total physical therapy expenses .................................... estimate $ 1,714.39 *
5. Total other expenses (describe) ..MRI.............................. estimate $ 1,295.00 *
   Subtotal estimate $ 5,004.39 *
B. Documented lost wages and compensation to date .................. estimate $ 84,240.00 *
C. Documented property damages to date ............................... estimate $ NONE *
D. Reasonably anticipated future medical and hospital expenses ...... estimate $ ........... *
E. Reasonably anticipated lost wages ................................... estimate $ ........... *
F. Other documented items of damages (describe)
   estimate $ NONE *
G. Brief description of plaintiff's injury, including nature and extent of injury (describe)

   Plaintiff suffered injuries to his neck and upper back.*

   $ ...........
   TOTAL estimate $ 89,244.39 *

* Plaintiff reserves the right to supplement or amend if necessary.

**CONTRACT CLAIMS**
(Attach additional sheets as necessary)

Provide a detailed description of claim(s):

TOTAL $ ...........

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record _____   DATE: 3/29/2005

AOTC-6 mtc005-11/99
A.O.S.C. 1-2000

# Commonwealth of Massachusetts

SUFFOLK, ss.



SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. 05-1218-D

Michael Bucci and Anthony Messina, Plaintiff(s)

v.

Globeground North America, LLC, Defendant(s)

## SUMMONS

To the above-named Defendant: Globeground North America, LLC, c/o Resident Agent: CT Corporation, 101 Federal Street, Boston, MA 02110.

You are hereby summoned and required to serve upon Ann M. McNamara, Esquire, Quinn and Morris, plaintiff's attorney, whose address is 141 Tremont St., Boston, MA 02111, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Su Barbara J. Rouse Esquire, at Boston, the 4th day of April, in the year of our Lord two thousand and five.

*Michael Joseph Donovan*
Clerk/Magistrate

NOTES
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED
   (1) TORT  (2) MOTOR VEHICLE TORT  (3) CONTRACT  (4) EQUITABLE RELIEF  (5) OTHER

FORM CIV.P. 1 3rd Rev.

I HEREBY ATTEST AND CERTIFY ON
MAY 13, 2005
THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY
ASSISTANT CLERK.