UNTIED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| MICHAEL BUCCI and ANTHONY MESSINA, Plaintiffs | ) ) ) ) ) | |
| v. | ) ) ) | CIVIL ACTION NO.: 05 CV 10963NG |
| GLOBEGROUND NORTH AMERICA LLC, Defendant | ) ) ) ) ) | |

## PLAINTIFF ANTHONY MESSINA'S
## INITIAL DISCLOSURE PURSUANT TO RULE 35.1

### LOCAL RULE 35.1(a)(1)

The plaintiff, Anthony Messina, discloses the following medical expenses pursuant to Local Rule 35.1(a)(1) in support his claim against the defendant, Globe Ground North America, LLC:

**Medical Bills**

| | | |
|---|---|---|
| East Boston Neighborhood Health Center | 12/27/02-5/7/03 | $175.00 |
| The MRI Center | 1/3/03 | $1,295.00 |
| Dr. David Kim, Boston Spine Group | 2/10/03-9/10/03 | $575.00 |
| Dr. Kevin Sullivan, Boston Spine Group | 9/10/03 | $295.00 |

Total Medical Expenses = $5,665.19.

There is a workers' compensation lien from United Airlines insurance carrier for medical expenses totaling approximately $5,665.19.

Counsel for the Plaintiff is in the process of obtaining all medical records and bills. Plaintiff reserves the right to supplement this disclosure.

## LOCAL RULE 35.1(a)(2)

Pursuant to Local Rule 35.1(a)(2) the plaintiff, Anthony Messina will make the following documents available for inspection and copying by the defendant in support his claim against the defendant, Globe Ground North America, LLC:

1. Certified medical records and bills concerning treatment provided to Mr. Messina as a result of the injuries sustained on December 7, 2002.

    | | |
    |---|---|
    | Dr. Joel Snider | 12/27/02-5/7/03 |
    | The MRI Center | 1/3/03 |
    | North Suburban Orthopedic Associates, Inc. | 1/8/03-6/29/04 |
    | Dr. David Kim | 2/10/03-9/10/03 |
    | Dr. Kevin Sullivan | 9/10/03 |
    | Steven Sewall, M.D. | 5/14/03 |

2. The plaintiff's tax returns for five years prior of the injury; (plaintiff is in process of obtaining).

3. Lien itemization from United Airlines workers' compensation carrier.

The plaintiff reserves the right to supplement this response.

Plaintiff, Anthony Messina,
By his attorney,

Dated: 7/26/2005

_____
Ann M. McNamara
Quinn and Morris
141 Tremont Street
Boston, MA 02111
Tel. (617) 423-3500
BBO #: 546445

## CERTIFICATE OF SERVICE

I, Ann McNamara, hereby certify that I have this _26_ day of July, 2005, served a true copy of the enclosed **Plaintiff Anthony Messina's Initial Disclosure Pursuant to Rule 26(a)(1) and Plaintiff Anthony Messina's Initial Disclosure Pursuant to Rule 35.1,** by email and first class mail, postage prepaid to counsel of record:

Helen E. Tsingos, Esquire
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
155 Federal Street
Boston, MA 02110

                                                Ann M. McNamara
                                                Quinn and Morris
                                                141 Tremont Street
                                                Boston, MA 02111
                                                Tel. (617) 423-3500
                                                BBO #: 546445