UNTIED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL BUCCI and <br> ANTHONY MESSINA, <br>     Plaintiffs <br> <br> v. <br> <br> GLOBEGROUND <br> NORTH AMERICA LLC, <br>     Defendant | CIVIL ACTION NO.: 05 CV 10963NG |

**PLAINTIFF ANTHONY MESSINA'S INITIAL DISCLOSURE**
**PURSUANT TO RULE 26(a)(1)**

26(a)(1)(A)

The plaintiff, Anthony Messina, believes the following persons have information that may be used to support his claim against the defendant, Globe Ground North America, LLC:

1. Anthony Messina, 1 Brigham Street, East Boston, MA 02128;
2. Michael Bucci, 41 Oakledge Drive, Braintree, MA 02184 (eye witness);
3. Globeground North America LLC, 440 William F. McCellan, Boston, MA, 02128;

The plaintiff reserves the right to supplement this response.

26(a)(1)(B)

The plaintiff, Anthony Messina will make the following documents available for inspection and copying by the defendant:

1. Certified medical records and bills concerning treatment provided to Mr. Messina as a result of the injuries sustained on December 7, 2002.

    2.    The plaintiff's tax returns for five years prior of the injury; (plaintiff is in process of obtaining)

    3.    Lien itemization from United Airlines workers' compensation carrier.

The plaintiff reserves the right to supplement this response.

### 26(a)(1)(C)

Anthony Messina's medical expenses are believed to be approximately $5,004.00. The plaintiff would reserve the right to supplement this response.

Anthony Messina is also seeking lost wages of approximately $84,240.00 and future lost earning capacity as a result of the injuries sustained in this accident. Mr. Messina's average weekly wage at the time of this accident was $1,073.25. Mr. Messina was deemed totally disabled from the date of the accident, until he returned to work on September 15, 2003 in a light duty capacity, and partially disabled from that point after.

Anthony Messina is seeking pain and suffering as a result of the injuries sustained in the accident that is the subject of this complaint.

The plaintiff reserves the right to supplement this response.

### 26(a)(1)(d)

Not applicable.

                                            Anthony Messina, Plaintiff
                                            By his attorney,

Dated: 7/26/2005

Ann M. McNamara
Quinn and Morris
141 Tremont Street
Boston, MA 02111
Tel. (617) 423-3500
BBO #: 546445