UNTIED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MICHAEL BUCCI and<br>ANTHONY MESSINA,<br>    Plaintiffs<br><br>v.<br><br>GLOBEGROUND<br>NORTH AMERICA LLC,<br>    Defendant | CIVIL ACTION NO.: 05 CV 10963NG |

### PLAINTIFF MICHAEL BUCCI'S
### INITIAL DISCLOSURE PURSUANT TO RULE 35.1

### LOCAL RULE 35.1(a)(1)

The plaintiff, Michael Bucci, discloses the following medical expenses pursuant to Local Rule 35.1(a)(1) in support his claim against the defendant, Globe Ground North America, LLC:

**Medical Bills**

| Provider | Date | Amount |
|---|---|---|
| Massachusetts General Hospital | 12/7/02 | $1,065.00 |
| Massachusetts General Hospital Phys. Org. | 12/7/02 | $80.00 |
| Brooks Pharmacy | 12/9/02 – 3/3/03 | $50.51 |
| South Shore Regional MRI Center | 12/20/02 | $1,400.00 |
| South Shore Radiological Assoc. | 12/20/02 | $275.00 |
| South Suburban Neurosurgical Assoc. | 1/7/03 – 12/29/03 | $650.00 |
| South East Physical Therapy Services, Inc. | 1/13/03 – 5/23/0 3 | $7,460.00 |
| South Shore Hospital | 2/11/03 | $157.00 |
| South Shore Anesthesia Assoc. | 2/11/03 | $296.00 |
| Weymouth MRI Center | 2/17/03 | $1,700.00 |
| Highland Medical Center | 12/9/03 – 1/15/0 4 | $600.00 |
| Quincy Medical Center | 7/28/03 – 8/5/03 | $413.33 |

Total Medical Expenses = $14,146.84

There is a workers' compensation lien from United Airlines insurance.

Counsel for the Plaintiff is in the process of obtaining all medical records and bills. Plaintiff reserves the right to supplement this disclosure.

### LOCAL RULE 35.1(a)(2)

Pursuant to Local Rule 35.1(a)(2) the plaintiff, Michael Bucci will make the following documents available for inspection and copying by the defendant in support his claim against the defendant, Globe Ground North America, LLC:

1. Certified medical records and bills concerning treatment provided to Mr. Bucci as a result of the injuries sustained on December 7, 2002.

   | | |
   |---|---|
   | MGH, Chelsea | 12/7/02 |
   | Highland Medical Center | 12/9/02 to 1/15/04 |
   | Peppino, Butera, M.D. | 1/15/04 |
   | South Shore Regional M.R.I. Center | 12/20/02 |
   | Steven F. Will, M.D., medical report | 1/7/03 to 11/3/03 |
   | SouthEast Physical Therapy Services, Inc. | 1/13/03 to 5/23/03 |
   | South Shore Hospital | 2/11/03 |
   | Quincy Medical Center | 7/28/03 |

2. The plaintiff's tax returns for five years prior of the injury; (plaintiff is in process of obtaining).

3. Lien itemization from United Airlines workers' compensation carrier.

The plaintiff reserves the right to supplement this response.

Plaintiff, Michael Bucci,
By his attorney,

Dated: 7/26/2005

_____
Ann M. McNamara
Quinn and Morris
141 Tremont Street
Boston, MA 02111
Tel. (617) 423-3500
BBO #: 546445

## CERTIFICATE OF SERVICE

I, Ann McNamara, hereby certify that I have this ___26___ day of July, 2005, served a true copy of the enclosed **Plaintiff Michael Bucci's Initial Disclosure Pursuant to Rule 26(a)(1) and Plaintiff Michael Bucci's Initial Disclosure Pursuant to Rule 35.1,** by first class mail, postage prepaid to counsel of record:

Helen E. Tsingos, Esquire
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
155 Federal Street
Boston, MA 02110

_____
Ann McNamara
QUINN AND MORRIS
141 Tremont Street
Boston, MA 02111
Tel. (617) 423-3500
BBO #: 546445