UNTIED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

MICHAEL BUCCI and
ANTHONY MESSINA,
    Plaintiffs

v.

GLOBEGROUND
NORTH AMERICA LLC,
    Defendant

CIVIL ACTION NO.: 05 CV 10963NG

## PLAINTIFF MICHAEL BUCCI'S INITIAL DISCLOSURE PURSUANT TO RULE 26(a)(1)

### 26(a)(1)(A)

The plaintiff, Michael Bucci, believes the following persons have information that may be used to support his claim against the defendant, Globe Ground North America, LLC:

1. Michael Bucci, 41 Oakledge Drive, Braintree, MA;
2. 02184Anthony Messina, 1 Brigham Street, East Boston, MA 02128 (eye witness);
3. Globeground North America LLC, 440 William F. McCellan, Boston, MA, 02128;

The plaintiff reserves the right to supplement this response.

### 26(a)(1)(B)

The plaintiff, Michael Bucci will make the following documents available for inspection and copying by the defendant:

1. Certified medical records and bills concerning treatment provided to Mr. Bucci as a result of the injuries sustained on December 7, 2002.

    2.    The plaintiff's tax returns for five years prior of the injury; (plaintiff is in process of obtaining)

    3.    Lien itemization from United Airlines workers' compensation carrier.

The plaintiff reserves the right to supplement this response.

### 26(a)(1)(C)

Michael Bucci's medical expenses are believed to be approximately $14,146.84. The plaintiff would reserve the right to supplement this response.

Michael Bucci is also seeking lost wages of approximately $124,717.84 as a result of the injuries sustained in this accident. Mr. Bucci's average weekly wage at the time of this accident was $1,199.21. Mr. Bucci was deemed totally disabled from the date of the accident, until he returned to work on or about December 13, 2004 in a light duty capacity, and partially disabled from that point after.

Michael Bucci is seeking pain and suffering as a result of the injuries sustained in the accident that is the subject of this complaint.

The plaintiff reserves the right to supplement this response.

### 26(a)(1)(d)

Not applicable.

                                                        Plaintiff, Michael Bucci,
                                                        By his attorney,

Dated: 7/26/2005

                                                        /s/ Ann M. McNamara
                                                        Ann M. McNamara
                                                        Quinn and Morris
                                                        141 Tremont Street
                                                        Boston, MA 02111
                                                        Tel. (617) 423-3500
                                                        BBO #: 546445