UNTIED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| MICHAEL BUCCI and<br>ANTHONY MESSINA,<br>Plaintiffs<br><br>v.<br><br>GLOBEGROUND<br>NORTH AMERICA LLC,<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO.: 05 CV 10963NG |

## PLAINTIFF MICHAEL BUCCI'S LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(d)(3), the plaintiff and his counsel certify that they have

conferred on the following:

a.    to establish a budget for the costs of conducting the full course – and various

alternative courses – of the litigation; and

b.    to consider the resolution of the litigation through the use of alternative dispute

resolution programs such as those outlined in LR 16.4.

Dated: _July 24/05._                    _____
                                                          Michael Bucci

Dated: _8/1/05_                           _____
                                                          Ann M. McNamara
                                                          Quinn and Morris
                                                          141 Tremont Street
                                                          Boston, MA 02111
                                                          Tel. (617) 423-3500
                                                          BBO #: 546445

## CERTIFICATE OF SERVICE

I, Ann McNamara, hereby certify that I have this ____ day of August, 2005, served a true copy of the enclosed **Plaintiff Michael Bucci's Local Rule 16.1(D)(3) Certification,** by first class mail, postage prepaid to counsel of record:

Helen E. Tsingos, Esquire
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
155 Federal Street
Boston, MA 02110

Ann McNamara
QUINN AND MORRIS
141 Tremont Street
Boston, MA 02111
Tel. (617) 423-3500
BBO #: 546445