UNTIED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL BUCCI and ANTHONY MESSINA, Plaintiffs<br><br>v.<br><br>GLOBEGROUND NORTH AMERICA LLC, Defendant | CIVIL ACTION NO.: 05 CV 10963NG |

## PLAINTIFF ANTHONY MESSINA'S LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(d)(3), the plaintiff and his counsel certify that they have conferred on the following:

a. to establish a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

b. to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Dated: 7/28/05

Anthony Messina

Dated: 8/3/05

Ann M. McNamara
Quinn and Morris
141 Tremont Street
Boston, MA 02111
Tel. (617) 423-3500
BBO #: 546445

## CERTIFICATE OF SERVICE

I, Ann McNamara, hereby certify that I have this 4th day of August, 2005, served a true copy of the enclosed **Plaintiff Anthony Messina's Local Rule 16.1(D)(3) Certification,** by first class mail, postage prepaid to counsel of record:

Helen E. Tsingos, Esquire
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
155 Federal Street
Boston, MA 02110

_____
Ann McNamara
QUINN AND MORRIS
141 Tremont Street
Boston, MA 02111
Tel. (617) 423-3500
BBO #: 546445