**UNTIED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF MASSACHUSETTS**

FILED
IN CLERKS OFFICE

2005 NOV 22  A 11: 30

DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| **MICHAEL BUCCI and**<br>**ANTHONY MESSINA,**<br>    **Plaintiffs**<br><br>**v.**<br><br>**GLOBEGROUND**<br>**NORTH AMERICA LLC,**<br>    **Defendant** | )<br>)<br>)<br>)<br>) **CIVIL ACTION NO.: 05 CV 10963NG**<br>)<br>)<br>)<br>)<br>)<br>) |

**ASSENTED TO MOTION TO CONTINUE SCHEDULING CONFERENCE**

The Plaintiff in the above referenced claim respectfully requests the Court to continue the scheduling conference of December 1, 2005 to a date after January 10, 2006.

As reason for this motion, Plaintiff's attorney states that she is presently undergoing treatment for breast cancer. The side effects of this treatment has resulted in Plaintiff's attorney losing significant time from work, which in turn has resulted in difficulty meeting Court appearances and Court deadlines in cases now pending, including the case at hand. Treatment is expected to last through the first week of January 2006.

Plaintiff's attorney does not believe at this time that she will be able to adequately prepare for a scheduling conference in December 2005. It is for this reason that she respectfully asks for a brief continuance of this matter.

Defendant's attorney has assented to this request.

WHEREFORE, the Plaintiff in the above referenced claim respectfully requests the Court to continue

the scheduling conference of December 1, 2005 to a date after January 10, 2006.

Plaintiffs, Michael Bucci,
and Anthony Messina,
by their attorney,

Assented to by:
GlobeGround North America LLC
by it's attorney,

_____
Ann M. McNamara
QUINN AND MORRIS
141 Tremont Street
Boston, MA 02111
Tel. (617) 423-3500
BBO #: 117450

_____
Helen E. Tsingos
Wilson, Elser, Moskowitz, Edelman
& Dicker LLP
155 Federal Street
Boston, MA 02110
(617)-422-5300
BBO# 629762

DATED:       November 22, 2005

## CERTIFICATE OF SERVICE

I, Ann McNamara, hereby certify that I have this ___22nd___ day of November, 2005, served a true copy of the enclosed **Assented To Motion to Continue Scheduling Conference**, by fax and first class mail, postage prepaid to counsel of record:

Helen E. Tsingos, Esquire
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
155 Federal Street
Boston, MA 02110

Ann M. McNamara
Quinn and Morris
141 Tremont Street
Boston, MA 02111
Tel. (617) 423-3500
BBO #: 546445