## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL BUCCI, and ANTHONY MESSNA )<br>Plaintiffs, )<br> )<br>v. )<br> )<br>GLOBEGROUND NORTH AMERICA LLC, )<br>Defendant )<br> ) | CIVIL ACTION NO.05  CV 10963NG |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Kevin P. Mannix, Esq. of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, 155 Federal Street, Boston, Massachusetts as counsel for the defendant, GLOBEGROUND NORTH AMERICA LLC.

      Respectfully submitted,
      GLOBEGROUND NORTH AMERICA LLC

      By its attorneys,

          /s/  Kevin P. Mannix
      Maynard M. Kirpalani, BBO# 273940
      Helen E. Tsingos, BBO# 629762
      Kevin P. Mannix, BBO# 640071
      WILSON, ELSER, MOSKOWITZ,
      EDELMAN & DICKER, LLP
      155 Federal Street
      Boston, MA 02110
      (617) 422-5300

52191.1

## Certificate Of Service

      I, Kevin P. Mannix, hereby certify that on January 31, 2006 the within Notice of Appearance was filed electronically and that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). I am not aware of any party who is a non registered participant, and therefore electronic filing is the sole means of service of this document.

                              /s/ Kevin P. Mannix
                              KEVIN P. MANNIX

52191.1