UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MICHAEL BUCCI, and ANTHONY MESSNA )<br>Plaintiffs, )<br>)<br>v. )<br>)<br>GLOBEGROUND NORTH AMERICA LLC, )<br>Defendants. )<br>) | CIVIL ACTION NO.05 CV 10963NG |

## STATUS CONFERENCE MEMORANDUM

The parties to the above-captioned matter, by and through their attorneys, hereby state that:

Pursuant to Fed.R.Civ.P. 26(f) and Local Rule 16.1(b), they conferred for the purpose of:

    a.    Preparing an agenda of matters to be discussed at the scheduling conference;

    b.    Preparing a proposed pretrial schedule for the case that includes a plan for discovery; and

    c.    Considering whether they will consent to trial by magistrate judge.

After consideration of the topics contemplated by Fed.R.Civ.P. 26(f) and Local Rule 16(b) the parties propose the following pretrial schedule:

| **Pretrial Activity** | **Date** |
|---|---|
| Automatic disclosures (26(a)) are to be served by: | February 24, 2006 |
| Written discovery requests are to be served by: | May 30, 2006 |
| All fact depositions are to be completed by: | November 30, 2006 |
| Motions to amend or supplement pleadings by: | June 30, 2006 |

51830.1

| **Pretrial Activity** | **Date** |
|---|---|
| All trial experts are to be designated by Plaintiff, and disclosure of information contemplated by FRCP 26(a)(2), and final answers to expert Interrogatories, to be made by: | January 15, 2007 |
| All trial experts are to be designated by Defendant, and disclosure of information contemplated by FRCP 26(a)(2), and final answers to expert Interrogatories, to be made by: | February 15, 2007 |
| Expert depositions to be completed by: | April 30, 2007 |
| All discovery completed | May 30, 2007 |
| All dispositive motions filed | June 30, 2007 |

Dated: January 31, 2006

Respectfully submitted,
MICHAEL BUCCI and
MICHAEL MESSINA
By their attorneys,

/s/ Ann M. McNamara
Ann M. McNamara, BBO #526445
QUINN AND MORRIS
141 Tremont Street
Boston, MA 02110
(617) 423-3500

Respectfully submitted,
GLOBEGROUND NORTH AMERICA LLC
By its attorneys,

/s/ Helen Tsingos
Maynard M. Kirpalani, BBO# 273940
Helen E. Tsingos, BBO# 629762
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LL
155 Federal Street
Boston, MA 02110
(617) 422-5300

51830.1

## CERTIFICATE OF SERVICE

I, Ann M. McNamara, hereby certify that I have this 31st the day of January, 2006, served a true copy of the foregoing **Status Conference Memorandum** upon all parties of record by mailing same postage prepaid to:

Helen E. Tsingos, Esquire
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
155 Federal Street
Boston, MA 02110

Ann McNamara
QUINN AND MORRIS
141 Tremont Street
Boston, MA 02111
Tel. (617) 423-3500
BBO #: 546445