UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

MICHAEL BUCCI, and ANTHONY MESSNA  )
        Plaintiffs,  )
  )
v.  )
  )  CIVIL ACTION NO.05 CV 10963NG
GLOBEGROUND NORTH AMERICA LLC,  )
        Defendants.  )
  )

### INITIAL DISCLOSURES OF GLOBEGROUND NORTH AMERICA LLC

GlobeGround North America LLC ("GlobeGround") hereby complies with its initial disclosure requirements pursuant to Fed. R. Civ. P. 26 and L.R. 26.2(A):

(A) **The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information:**

1. Michael Bucci
   41 Oakledge Drive
   Braintree, MA  02472

   Mr. Bucci is a plaintiff in this litigation. Mr. Bucci is likely to have discoverable information regarding the circumstances surroundings the alleged incident. Mr. Bucci is also likely to have discoverable information relating to his medical history as well as his restrictions and limitations.

2. Anthony Messina
   1 Brigham Street
   East Boston, MA 02128

   Mr. Messina is a plaintiff in this litigation. Mr. Messina is likely to have discoverable information regarding the circumstances surrounding the alleged incident. Mr. Messina is also likely to have discoverable information relating to his medical history as well as his restrictions and limitations.

3. Anthony McClary,
   Manager of Safety and Training,
   Penauille Service Air f/k/a GlobeGround North America LLC,
   East Boston, MA

41566.1A

Mr. McClary may have discoverable information regarding GlobeGround's investigation of this alleged incident.

**(B)** **A copy of, or a description by category and location of, all documents, data compilations, and tangible things in the possession, custody and control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment:**

The following is a description by category of all non-privileged documents currently in the possession, custody or control of GlobeGround or its attorneys, which it may use to support its defenses in this action. The following documents are available for inspection and copying at the offices of defendant's counsel:

1. Medical records regarding medical treatment rendered to Joan Michael Bucci.

2. Medical records regarding medical treatment rendered to Anthony Messina.

**(C)** **A computation of any category of damages claimed by the disclosing party, making available for inspection and copying under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered:**

Not applicable.

**(D)** **For inspection and copying under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment:**

The declarations page for the applicable insurance policy will be made available for inspection and copying.

                                        Respectfully submitted,
                                        GLOBEGROUND NORTH AMERICA LLC
                                        By its attorneys,

                                        /s/ Helen E. Tsingos
                                        Maynard M. Kirpalani, BBO# 273940
                                        Helen E. Tsingos, BBO# 629762
                                        WILSON, ELSER, MOSKOWITZ,
                                        EDELMAN & DICKER, LLP
                                        155 Federal Street
                                        Boston, MA 02110
                                        (617) 422-5300

41566.1A

**CERTIFICATE OF SERVICE**

I, Helen E. Tsingos, hereby certify that I have this 2?the day of February, 2006, served a copy of the foregoing upon all parties of record by mailing same postage prepaid to:

>Ann M. McNamara
>Quinn and Morris
>141 Tremont Street
>Boston, MA 02111

>*/s/ Helen E. Tsingos*
>Helen E. Tsingos, BBO# 629762
>WILSON, ELSER, MOSKOWITZ,
>EDELMAN & DICKER, LLP
>155 Federal Street
>Boston, MA 02110
>(617) 422-5300

3

41566.1A