UNTIED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL BUCCI and ANTHONY MESSINA,  Plaintiffs ) ) ) ) ) | |
| v. ) ) | CIVIL ACTION NO.: 05 CV 10963NG |
| GLOBEGROUND NORTH AMERICA LLC,  Defendant ) ) ) ) | |

**JOINT MOTION TO CONTINUE CASE STATUS CONFERENCE.**

Now comes the parties in the above referenced claim and respectfully request the Court continue the Case Status Conference scheduled for June 7, 2006 at 3:00 p.m. to June 14, 2006 at 3:00 p.m. or for a date convenient for the Court. In support of this motion the plaintiff states the following:

1.) All parties have agreed to this motion.

2.) Due to a medical appointment counsel for the plaintiff has a scheduling conflict on June 7, 2007 and is not available to attend the case status conference.

3.) No party will be prejudice by allowance of this motion.

4.) Allowing this motion will serve the interests of judicial economy.

WHEREFORE, the parties in the above referenced claim respectfully request the Court continue the Case Status Conference scheduled for June 7, 2006 at 3:00 p.m. to June 14, 2006 at 3:00 p.m. or for a date convenient for the Court.

| | |
|---|---|
| Plaintiffs, Michael Bucci and Anthony Messina, by their attorney, | Defendant, Globeground North America, LLC by their attorneys, |
| /s/ Ann M. McNamara<br>Ann McNamara, Esquire<br>Quinn and Morris<br>141 Tremont Street<br>Boston, MA 02111<br>Tel. (617) 423-3500<br>BBO #: 546445 | /s/ (with permission from Helen E. Tsingos)<br>Helen E. Tsingos, Esquire - BBO #: 629762<br>Maynard M. Kirpalani, Esquire – BBO #: 273940<br>Wilson, Elser, Moskowitz, Edelman & Dicker, LLP<br>155 Federal Street<br>Boston, MA 02110<br>Tel. (617) 422-5300<br>Fax. (617) 423-6917 |

CERTIFICATE OF SERVICE

I, Ann M. McNamara, hereby certify that I have this 23[th] day of May, 2006, served a true copy of the enclosed **Joint Motion to Continue Case Status Conference,** by email to counsel of record:

Helen E. Tsingos, Esquire
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
155 Federal Street
Boston, MA 02110

/s/ Ann M. McNamara
Ann McNamara, Esquire
Quinn and Morris
141 Tremont Street
Boston, MA 02111
Tel. (617) 423-3500
BBO #: 546445