UNTIED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MICHAEL BUCCI and ANTHONY MESSINA,<br>    Plaintiffs<br><br>v.<br><br>GLOBEGROUND NORTH AMERICA LLC,<br>    Defendant | )<br>)<br>)<br>)<br>)  CIVIL ACTION NO.: 05 CV 10963NG<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT MOTION TO CONTINUE CASE STATUS CONFERENCE

Now comes the parties in the above referenced claim and respectfully request the Court continue the Case Status Conference scheduled for October 11, 2006 at 2:30 p.m. to November 15, 2006 at 2:30 p.m. or for a date convenient for the Court. In support of this motion the plaintiff states the following:

1.) All parties have agreed to this motion.

2.) Discovery has not yet been completed. The parties still need to complete depositions regarding this matter.

3.) No party will be prejudice by allowance of this motion.

4.) Allowing this motion will serve the interests of judicial economy.

WHEREFORE, the parties in the above referenced claim respectfully request the Court continue the Case Status Conference scheduled for October 11, 2006 at 2:30 p.m. to November 15, 2006 at 2:30 p.m. or for a date convenient for the Court.

| | |
|---|---|
| Plaintiffs, Michael Bucci<br>and Anthony Messina,<br>by their attorney, | Defendant, Globeground<br>North America, LLC<br>by their attorneys, |
| /s/ Ann M. McNamara<br>Ann McNamara, Esquire<br>Quinn and Morris<br>141 Tremont Street<br>Boston, MA 02111<br>Tel. (617) 423-3500<br>BBO #: 546445 | /s/ (with permission from Helen E. Tsingos)<br>Helen E. Tsingos, Esquire - BBO #: 629762<br>Maynard M. Kirpalani, Esquire - BBO #: 273940<br>Wilson, Elser, Moskowitz, Edelman & Dicker<br>155 Federal Street<br>Boston, MA 02110<br>Tel. (617) 422-5300 |

CERTIFICATE OF SERVICE

      I, Ann M. McNamara, hereby certify that I have this 5th day of October, 2006, served a true copy of the enclosed **Joint Motion to Continue Case Status Conference,** by email to counsel of record:

Helen E. Tsingos, Esquire
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
155 Federal Street
Boston, MA 02110

                                                  /s/ Ann M. McNamara
                                                  Ann McNamara, Esquire
                                                  Quinn and Morris
                                                  141 Tremont Street
                                                  Boston, MA 02111
                                                  Tel. (617) 423-3500
                                                  BBO #: 546445