UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MICHAEL BUCCI AND ANTHONY MESSINA,

Plaintiffs,

vs.                                                                    05 CIV 10963-NG

GLOBEGROUND NORTH AMERICA, LLC,

Defendants.

## NOTICE OF APPEARANCE

Please enter my appearance as attorney for the Defendant, Globeground North America, LLC, with respect to the above-referenced matter.

NIXON PEABODY LLP

/s/Tavares M. Brewington

_____
Tavares M. Brewington, Esq. BBO# 661125
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110-2131
(617) 345-1000

10186596.1