UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL BUCCI AND ANTHONY MESSINA, <br><br> Plaintiffs, <br><br> vs. <br><br> GLOBEGROUND NORTH AMERICA, LLC, <br><br> Defendants. | 05 CIV 10963-NG |

### MOTION TO ADMIT RAYMOND MARIANI, ESQ. PRO HAC VICE

Pursuant to Local Rule of the United States District Court for the District of Massachusetts Rule 83.5.3(b), Defendant Globeground North America LLC, by and through its undersigned counsel, hereby moves for leave to allow Raymond Mariani ("Attorney Mariani") to appear and practice before this Court *pro hac vice* in connection with the above-captioned matter. In support of its Motion, Globeground North America LLC submits the accompanying *Affidavit of Raymond Mariani* and states as follows:

1. Attorney Mariani is a member of the bar in good standing in every jurisdiction where he has been admitted to practice.

2. There are no disciplinary proceedings pending against Attorney Mariani as a member of the bar in any jurisdiction.

3. Attorney Mariani is familiar with the Local Rules for the United States District Court for the District of Massachusetts.

4. The undersigned counsel, Tavares M. Brewington ("Attorney Brewington") is admitted to practice before the bar of the United States District Court for the District of

10180321.2

Massachusetts and is a member of the bar in good standing in every jurisdiction in which he has been admitted to practice.

5.  Attorney Brewington has filed a Notice of Appearance in connection with the above-captioned matter on behalf of Globeground North America LLC.

WHEREFORE, Globeground North America LLC, by and through its undersigned counsel, respectfully request that Raymond Mariani, Esq. be granted leave to appear and practice before the United States District Court for the District of Massachusetts in connection with the above-captioned matter.

Dated: November 10, 2006

Respectfully submitted,
**GLOBEGROUND NORTH AMERICA LLC**
By its attorneys,

/s/ Tavares M. Brewington
_____
Tavares M. Brewington (BBO# 661125)
NIXON PEABODY LLP
101 Federal Street
Boston, MA  02018
Phone: (617) 345-1000
Fax: (617) 354-1300

## LOCAL RULE 7.1(A)(2) STATEMENT

Pursuant to Local Rule 7.1(A)(2), the parties state that they conferred and were successful in jointly agreeing to resolve the above described issues.

/s/ Tavares M. Brewington
_____
Tavares M. Brewington

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MICHAEL BUCCI AND ANTHONY MESSINA,

Plaintiffs,

vs.                                                                 05 CIV 10963-NG

GLOBEGROUND NORTH AMERICA, LLC,

Defendants.

**AFFIDAVIT OF RAYMOND MARIANI, ESQ.**

I, Raymond Mariani, do, under oath, depose and say:

1. I am a partner in the law of Nixon Peabody LLP.

2. I am a member of the bars of the State of New York and the District of Columbia.

3. I am a member in good standing in every jurisdiction in which I have been admitted to practice.

4. There are no disciplinary against me as a member of the bar in any jurisdiction.

5. I am familiar with the local rules of the United States District Court for the District of Massachusetts.

2

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 10th DAY OF NOVEMBER, 2006.

/s/ Raymond L. Mariani
_____
Raymond L. Mariani, Esq.
NIXON PEABODY LLP
50 Jericho Quadrangle, Suite 300
Jericho, New York 11753-2728
(516) 832-7500