IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL BUCCI AND ANTHONY MESSINA,<br><br>Plaintiffs,<br><br>vs.<br><br>GLOBEGROUND NORTH AMERICA, LLC,<br><br>Defendants. | 05 CIV 10963-NG |

**GLOBEGROUND NORTH AMERICA LLC'S ASSENTED-TO MOTION
<u>TO CONTINUE STATUS CONFERENCE</u>**

Defendant Globe Ground North America LLC's ("Globeground") files this Assented-to Motion to continue the status conference scheduled in this case from November 16, 2006 to January 18, 2007 or for a date convenient for the Court. In support of this motion Globegound states as follows:

1. Nixon Peabody LLP has recently been retained as counsel for Defendant Globeground in the above-captioned case.

2. Nixon Peabody LLP has not received the complete file for the case.

3. Nixon Peabody LLP has not had adequate time to become familiar with the issues involved in the above-captioned case.

4. Plaintiffs assent to this motion.

5. No party will be prejudiced by allowance of this motion.

6. Allowing this motion will serve the interests of judicial economy.

10188326.1

WHEREFORE, Defendant, Globeground North America LLC respectfully requests that this Honorable Court:

1. Continue the Status Conference currently scheduled for November 16, 2006 to January 18, 2007 or for a date convenient for the Court; and

2. Grant other such relief as the Court deems fair and just.

        **GLOBEGROUND NORTH AMERICA LLC.**
        By Its Attorneys,

        //s//  Tavares M. Brewington_____
        Raymond L. Mariani
        Tavares M. Brewington (BBO# 661125)
        NIXON PEABODY LLP
        100 Summer Street
        Boston, MA 02110
        (617) 345-1000

DATED: November 14, 2006

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I hereby certify that on November 14, 2006, I conferred with counsel for the Plaintiffs regarding this Motion and counsel for the Plaintiffs represented to me that the Plaintiffs assented-to this Motion.

        //s// Tavares M. Brewington_____
        Tavares M. Brewington

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2006, a true copy of the above document was served upon all counsel of record via the Court's Electronic Case Filing (ECF) system.

        //s// Tavares M. Brewington_____
        Tavares M. Brewington