IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MICHAEL BUCCI AND ANTHONY MESSINA,

Plaintiffs,

vs.

GLOBEGROUND NORTH AMERICA, LLC,

Defendants.

05 CIV 10963-NG

**GLOBEGROUND NORTH AMERICA LLC'S ASSENTED-TO MOTION
TO ENLARGE SCHEDULING ORDER**

Defendant Globe Ground North America LLC's ("Globeground") files this Assented-to Motion to extend the scheduling order as follows:

1) Expert designations by Plaintiff from January 15, 2007 to March 15, 2007
2) Expert designations by Defendant from February 15, 2007 to April 15, 2007
3) Expert depositions to be completed from April 30, 2007 to June 30, 2007

In support of this motion Globegound states as follows:

1. All parties have agreed to this motion.

2. No party will be prejudiced by allowance of this motion.

3. Allowing this motion will serve the interests of judicial economy.

WHEREFORE, Defendant, Globeground North America LLC respectfully requests that this Honorable Court enlarge the Scheduling order as set froth above; and grant other such relief as the Court deems fair and just.

**GLOBEGROUND NORTH AMERICA LLC.**
By Its Attorneys,

//s//  Tavares M. Brewington_____

10252576.2

- 2 -

Raymond L. Mariani  
Tavares M. Brewington (BBO# 661125)  
NIXON PEABODY LLP  
100 Summer Street  
Boston, MA 02110  
(617) 345-1000  

DATED: January 29, 2007

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I hereby certify that on January 29, 2007, I conferred with counsel for the Plaintiffs regarding this Motion and counsel for the Plaintiffs represented to me that the Plaintiffs assent to this Motion.

//s// Tavares M. Brewington  
Tavares M. Brewington

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2007, a true copy of the above document was served upon all counsel of record via the Court's Electronic Case Filing (ECF) system.

//s// Tavares M. Brewington  
Tavares M. Brewington