## UNTIED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **MICHAEL BUCCI** and ) <br> **ANTHONY MESSINA,** ) <br>     **Plaintiffs** ) <br>  ) <br> **v.** ) <br>  ) <br> **GLOBEGROUND** ) <br> **NORTH AMERICA LLC,** ) <br>     **Defendant** ) | **CIVIL ACTION NO.: 05 CV 10963NG** |

## ANTHONY MESSINA'S ASSENTED TO MOTION
## TO ENLARGE SCHEDULING ORDER

Plaintiff Anthony Messina files this Assented-to Motion to extend the scheduling order as follows:

1) Expert designations by Plaintiff from March 15, 2007 to April 15, 2007
2) Expert designations by Defendant from April 15, 2007 to May 15, 2007
3) Expert depositions to be completed from June 30, 2007 to July 31, 2007

In support of this motion, Plaintiff states as follows:

1. Plaintiff Messina has recently been transferred by his company from Boston to San Diego, California.
2. He is scheduled to report to San Diego on or about March 3, 2007.
3. Due to this transfer, Plaintiff Messina is unable to attend independent medical examinations on dates the physician has available prior to March 3, 2007.
4. All parties have agreed to this motion.
5. No party will be prejudiced by allowance of this motion.
6. Allowing this motion will serve the interests of judicial economy.

WHEREFORE, the parties in the above referenced claim respectfully request that this Honorable Court enlarge the Scheduling Order as set forth above, and grant such other relief as the Court deems fair and just.

| | |
|---|---|
| Plaintiffs, Michael Bucci and Anthony Messina, by their attorney, | Defendant, Globeground North America, LLC by their attorneys, |
| /s/ Ann M. McNamara<br>Ann McNamara, Esq. BBO#546445<br>Quinn and Morris<br>141 Tremont Street<br>Boston, MA 02111<br>Tel. (617) 423-3500 | /s/ (with permission from Tavares M. Brewington)<br>Tavares M. Brewington, Esq. BBO #: 661125<br>Raymond L. Mariani, Esquire<br>Nixon Peabody LLP<br>100 Summer Street<br>Boston, MA 02110<br>Tel. (617) 345-1000 |

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I hereby certify that on February 23, 2007, I conferred with counsel for the Defendant regarding this motion and counsel for the Defendants represented to me that he had assented to this motion.

//s//Ann M. McNamara
 Ann M. McNamara

CERTIFICATE OF SERVICE

I, Ann M. McNamara, hereby certify that I have this 23rd day of February, 2007, served a true copy of the enclosed **Joint Motion to Continue Case Status Conference,** by email to counsel of record:

Tavares M. Brewington, Esq.
NIXON PEABODY
100 Summer Street
Boston, MA 02110
(617)-345-1000

/s/ Ann M. McNamara
Ann McNamara, Esquire BBO#546445
Quinn and Morris
141 Tremont Street
Boston, MA 02111
Tel. (617) 423-3500