**UNTIED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF MASSACHUSETTS**

FILED
OFFICE

2007 APR A II: 33

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| **MICHAEL BUCCI and** ) | |
| **ANTHONY MESSINA,** ) | |
| **Plaintiffs** ) | |
| ) | **CIVIL ACTION NO.: 05 CV 10963NG** |
| **v.** ) | |
| ) | |
| **GLOBEGROUND** ) | |
| **NORTH AMERICA LLC,** ) | |
| **Defendant** ) | |
| ) | |

## PLAINTIFF MICHAEL BUCCI'S EXPERT DISCLOSURE PURSUANT TO FED.R.CIV.P. 26(a)(2)

Now comes the plaintiff Michael Bucci, in the above entitled action, and makes the

following expert disclosures and designations pursuant to Rule 26(a)(2) of the Federal Rules of

Civil Procedure:

1.   **MEDICAL EXPERT**

Steven F. Will, M.D.
South Suburban Neurosurgical Associates, Inc.
780 Main Street
South Weymouth, MA 02190

Dr. Will is expected to testify as to the plaintiff's physical injuries and disabilities and its

causal relation to the work related motor vehicle accident on December 7, 2002. Dr. Will has

provided six (6) reports, dated January 7, 2003, March 10, 2003, April 16, 2003, June 11, 2003,

November 3, 2003, and December 29, 2003 (attached as Exhibit "A"). Plaintiff will supplement

in a timely fashion a copy of Dr. Will's curriculum vitae, which will lists all publications he has

authored, a list of cases in which he has testified at trial or in deposition in the preceding four (4) years, and Dr. Will's compensation schedule.

Respectfully submitted,
Plaintiff, Michael Bucci,
by his attorney,

Ann M. McNamara
QUINN AND MORRIS
141 Tremont Street
Boston, MA 02111
Tel. (617) 423-3500
BBO #: 117450

## CERTIFICATE OF SERVICE

I, Ann M. McNamara, hereby certify that I have this ___ day of April, 2007, served a true copy of the enclosed **Plaintiff Michael Bucci's Expert Disclosure Pursuant to Fed.R.Civ.P. 26(A)(2)** by first-class postage prepaid to counsel of record:

Tavares M. Brewington, Esquire
Nixon Peabody, LLP
100 Summer Street
Boston, MA 02110

Ann M. McNamara
QUINN AND MORRIS
141 Tremont Street
Boston, MA 02111
Tel. (617) 423-3500
BBO #: 546445

# EXHIBIT "A"

# SOUTH SUBURBAN NEUROSURGICAL
## ASSOCIATES, INC.

Michael V. DiTullio, Jr., MD, FACS

Stephen H. Johnson, MD, FACS

Steven F. Will, MD

780 Main Street

South Weymouth, MA 02190

781-331-0250 / Fax 781-340-0506

January 7, 2003

Peppino Butera, M.D.
1681 Washington Street
Braintree, MA 02184

Re: BUCCI, Michael
DOB: 09/24/65

Dear Dr. Butera:

Thank you for referring Michael Bucci to my neurosurgery office. Mr. Bucci comes in complaining of pain at the base of his neck as well as just a general stiffness in his lower neck. This all happened as a result of a motor vehicle accident on December 7, 2002 in which he was a restrained driver when it seems he was hit from behind by a tractor trailer. He did not hit his head and did not have any loss of consciousness. After one hour, though, he started getting this neck pain in the midline at the base of the neck around maybe the T1 spinous process between the top of the shoulders. The neck above this is a little stiff but really no pains. Over the next few weeks, he started getting progressively worse although maybe in the last few days he has been thinking he is a little better or maybe just getting used to the pains. At times he has been feeling dizzy, particularly if he stands and closes his eyes. He has a history of vertigo in the past and it is not clear whether this is related to that or not. Mr. Bucci has not really had any arm symptoms as far as pain, numbness or tingling though he did mention a very rare tingling of all fingers of the left hand. He says his arms just don't feel right. He has good range of motion in his neck, although it hurts on flexion down in the base of the neck. He denies any problems with fine motor function, gait or bowel, bladder or sexual function. Of note, he had never had any of these symptoms before his motor vehicle accident in December. His injury is definitely work-related.

Mr. Bucci has not had physical therapy or epidural injections. He has tried Percodans, which made him sick. He didn't think Ibuprofen or Flexeril were helping too much, though he might take them occasionally. I have told him to take these more frequently.

In general, Mr. Bucci is a healthy 37-year-old right-handed white male with a medical history that is fairly unremarkable except for this vague history of vertigo in the past for which there was no known reason. He takes no regular medications and has no drug allergies. He has never had

Peppino Butera, M.D.
Re: BUCCI, Michael
January 7, 2003
Page Two

surgery. He smoked only for a couple of years, when he was a teenager. He drinks 2-3 glasses of wine a week. He works as a baggage handler at an airport, which involves a lot of lifting. He has been out of work since this pain.

Mr. Bucci, on physical exam, is in no apparent distress and walks with a normal gait. He has tenderness in midline at the base of his neck. He has full range of motion in the neck, however. He has a very pain-limited weakness of both arms proximally, except for some distally in both hands. The legs are 5/5. He has 2+ reflexes throughout. Plantar reflexes are down-going bilaterally and there is no clonus. Pinprick and proprioception are normal.

The cervical spine MRI from December 20, 2002 shows at C3-4 a left disc protrusion, which abuts the cord but nothing more than this. At C4-5, there is a right disc protrusion with osteophyte, which causes some slight right cord flattening. There is no cord edema. There is some mild right C5 foraminal stenosis. Also of note is what looks to my eyes to be his cerebellar tonsils coming down up to 1 cm below the foramen magnum but at halfway down towards C1. This would be consistent with a reasonably mild form of chiari-1 malformation. No hydromyelia or syringomyelia was appreciated in this spinal cord. Further exam with Mr. Bucci for cranial nerves and high levels showed that he had no cranial nerve abnormalities with no nystagmus on lateral gaze. He has normal finger-to-nose and fine motor function with rapid alternating movements.

I do not actually have a good reason for the pain around T1 in Mr. Bucci other than some severe musculoskeletal pain causing muscle spasm, which is affecting his arms in a pain-limited way to cause this difficulty with his arms. The pain being so low at the base of the neck and really the top of the thoracic spine, I think that it is most likely not from anything at C3-4 or C4-5, though I cannot rule this out. Likewise, I don't necessarily have a good reason why he would have pain that low in the neck if he were indeed symptomatic from a chiari-1 malformation. The chiari-1 could possibly be explaining any dizziness or vertiginous symptoms but these were things that might just get better and could also be related to the pain and his nervousness.

Right now I would think he would be minimally symptomatic from the chiari-1 and if that is the case, would not need a surgical posterior fossa decompression. I want to get an MRI of the brain to just get a better idea to confirm a diagnosis. Mr. Bucci is agreeable to all of this. In the meantime for his back, I am sending him to physical therapy for neck strengthening exercises as well as pain management. He will see me back in two months for a further update.

Thank you for sending Mr. Bucci to my office. Please contact me with any questions or concerns.

Sincerely,


Steven F. Will, M.D.

sfw:bjc

cc: u.c   1-13-03



# SOUTH SUBURBAN NEUROSURGICAL
## ASSOCIATES, INC.

Michael V. DiTullio, Jr., MD, FACS

Stephen H. Johnson, MD, FACS

Steven F. Will, MD

780 Main Street

South Weymouth, MA 02190

781-331-0250 / Fax 781-340-0506

March 10, 2003

Peppino Butera, M.D.
1681 Washington Street
Braintree, MA 02184

Re:  BUCCI, Michael
      DOB: 09/24/65

Dear Dr. Butera:

Michael Bucci returns to my office today after I saw him on January 7, 2003.  Physical therapy has helped him a lot and he was doing well until this weekend when he got a bowel infection with some nausea and vomiting, which made some of the pains worse.  Generally, he has pain only in the neck at the right base and then if he extends his neck, he get paresthesias going down the back of right arm to the dorsum of the hand.  It seems that the left arm is asymptomatic.  Mr. Bucci still has some of the dizziness and ringing in his ear, which he has had in the past.

An MRI of the brain from February 17, 2003 is fairly unremarkable expect for approximately a 1 cm drop of the cerebellar tonsils below the foramen magnum.  I agree with the radiologist in that this would be considered a mild Chiari-1 syndrome.

Mr. Bucci has gotten an excellent response with physical therapy.  I think he can hold off on Pain Management for any injection until he feels that he needs a step above the physical therapy alone.  It seems that Mr. Bucci might benefit from a neurologic evaluation to look into some of these other symptoms of dizziness and ringing in his ears, which he seemed to have had for awhile.  Some of this could possibly be from a Chiari-1 syndrome but there are many other reasons and treatments that do not involve surgery.

I will let you make a determination of a neurological referral.  Mr. Bucci will continue his physical therapy and come back and see me in three months.  Please contact me with any questions or concerns.

Sincerely,

Steven F. Will, M.D.

sfw:bjc

cc:   Clifford Breslow, M.D.

Cranial Surgery • Neurovascular Surgery • Spinal Surgery and Instrumentation • Peripheral Nerve Surgery

affiliated with

 South Shore

AN ARTIFICIAL WATERMARK IS ON THE BACK - HOLD AT AN ANGLE TO VIEW THIS MARK

STEVEN F. WILK, M.D.
SOUTH SUBURBAN NEUROSURGICAL ASSOC
780 MAIN ST. SOUTH WEYMOUTH, MA 02190
PH (781) 331-6226

0  00955

PATIENT/PT'S NAME          PHONE NUMBER          AGE        SEX

ADDRESS                                            DATE  3/14/03

R. _Physical Therapy_
_Cervical_ _HEP_, _spine_ _class_
_self exercise_

Dr. _____

☐ Refills  1  2  3  4  _____
☐ No Refills  Void After  _____

Interchange is mandated unless the practitioner writes the words
"No Substitution" in this space.

DEA #: _____

VALID FOR CONTROLLED SUBSTANCES

RX ON BACK IS PRINTED IN DISAPPEARING INK - RUB BRISKLY TO ACTIVATE

# SOUTH SUBURBAN NEUROSURGICAL
## ASSOCIATES, INC.

Michael V. DiTullio, Jr., MD, FACS

Stephen H. Johnson, MD, FACS

Steven F. Will, MD

780 Main Street

South Weymouth, MA 02190

781-331-0250 / Fax 781-340-0506

April 16, 2003

Ann McNamara, Esq.
QUINN AND MORRIS
141 Tremont Street
Boston, MA  02111

Re:     Patient :        Michael Bucci
        D/O/B:          9-24-65
        D/O/L:          12/7/2002
        QM#: .            . QM 7007 AMC

Dear Ms. McNamara:

I have been following Michael Bucci for some neck pains that have occurred after a motor vehicle accident. I first saw Mr. Bucci on January 7, 2003 where he was referred by his primary care physician. Mr. Bucci had pain in the base of his neck in the midline as well as a stiffness of the lower just above this. He was a restrained driver in a motor vehicle accident on December 7, 2002. Mr. Bucci says he was hit from behind by a tractor trailer. He did not hit his head and there was no loss of consciousness. He did note that after one hour, he got the pain in the neck at the midline at the base and just between the top of the shoulders. This got worse over the next few weeks. There is a little bit of dizziness, particularly if he stood and closed his eyes. In January, there were no arm symptoms as far as pain, numbness or tingling though there was a very rare tingling of all the fingers of the left hand. The pain in the neck, however, was affecting his movement of his arms. Mr. Bucci denied any problems with coordination or fine motor function of his arms as well as problems with his gait or control of bowel, bladder or sexual function.

He said that he had not had any of these symptoms prior to his motor vehicle accident on December 7th. One exception to this might be that he has had some vertigo in the past without anything found on workup. This might account for some dizziness but otherwise all pains are new and are the result of this motor vehicle accident. Also, by my notes, this accident occurred while Mr. Bucci was at work. This is thus a work-related injury.

On physical exam, Mr. Bucci had some significant tenderness in the midline of the base of the neck. He did have some good range of motion of the neck, however. The neck pain did,

Ann McNamara, Esq.
Re:    Michael Bucci
April 16, 2003
Page Two


however, affect the strength in his arms bilaterally.  When the pain wasn't an issue, his distal
arms and his legs were 5/5 in strength.  He had normal reflexes and no evidence of myelopathy.

A cervical spine MRI was brought in that was done on December 20, 2002.  It showed a C3-4
left disc protrusion, which abutted the spinal cord but nothing more.  At C4-5, there was a right
disc protrusion with an osteophyte that caused some slight right cord flattening, without any cord
edema.  There was some mild right C5 foraminal stenosis.  I also noted that the cerebellar tonsils
came down approximately 1 cm below the foramen magnum.  This would correspond with a
mild Chiari-1 malformation.

My initial thoughts with Mr. Bucci was that he had musculoskeletal pains that may possibly have
been from the degeneration in the neck having been irritated by the motor vehicle accident at
work.  This pain was then affecting his arms in a pain-limited fashion.  Neurologically, Mr.
Bucci was normal.  This includes further cranial nerve exam performed as well as a cerebellar
exam.  He did not seem to be symptomatic even from a mild Chiari-1 malformation.  I wished to
get an MRI of the brain to get a better idea of the Chiara-1.  I also referred Mr. Bucci to physical
therapy as well as Pain Management.

I next saw Mr. Bucci on March 10, 2003.  Physical therapy alone had seemed to help him a lot
with his symptoms.  Unfortunately the weekend before I saw him, he had a viral infection, which
seemed to exacerbate some of his neck pains.  He had also mentioned some paresthesias going
down the back of his right arm to the back of his hand.  It was unclear how long that had been
going on.  Mr. Bucci was still having a little bit of dizziness and ringing in his ears as well.

His brain MRI from February 17, 2003 was unremarkable with the exception of, again, a 1 cm
drop of the cerebellar tonsils below the foramen magnum.  The radiologist also called this a mild
Chiari-1 malformation.

Because Mr. Bucci had done well with physical therapy, I told him to hold off on any epidural
injections from Pain Management, unless he felt that he needed it.  I suggested to his primary
physician that a neurologic evaluation to look into some symptoms of dizziness and ringing of
the ears might be helpful.  There is a possibility that the Chiari-1 malformation could be causing
this.  Also, this could be a component of a post-traumatic syndrome, though he did not hit his
head.  From my perspective as far as the neck was concerned, Mr. Bucci was to continue his
physical therapy and was given instructions to return to see me in three months.

From the evidence listed above, it seems highly probable that Mr. Bucci's neck pains and fleeing
arm symptoms are the result of his motor vehicle accident sustained while he was at work.  I thus
believe this is a work-related injury.  He is getting better with conservative treatment.  As he gets
improvement in his neck pains, he should have less restriction and movement of his arms.

Ann McNamara, Esq.
Re:    Michael Bucci
April 16, 2003
Page Three


Mr. Bucci was not ready to return to work when I saw him on March 10th.  However, with continued improvement in his neck pains, I feel that he has a very good prognosis for getting good improvement and returning to job.

At this point in time, I consider Mr. Bucci to be temporarily disabled until further evaluation yields promise that he can return to work on a light-duty basis.

I hope this information will be of use to you.

Sworn and subscribed to this 16th day of April 2003, under the pains and penalties of perjury.

Signed,

Steven F. Will, M.D.

sfw:bjc

# SOUTH SUBURBAN NEUROSURGICAL ASSOCIATES, INC.

Michael V. DiTullio, Jr., MD, FACS
Stephen H. Johnson, MD, FACS
Steven F. Will, MD

780 Main Street
South Weymouth, MA 02190
781-331-0250 / Fax 781-340-0506

June 11, 2003

Peppino Butera, M.D.
1681 Washington Street
Braintree, MA 02184

Re: BUCCI, Michael
  DOB: 09/24/65

Dear Dr. Butera:

Michael Bucci returns to my office after I saw him three months ago. He still gets pains in the right and midline aspect of his neck, particularly after he rotates his neck bilaterally to either side. There is also this 'dullness', as he calls it, in the dorsum of his right arm that goes down to the dorsum of the hand. This can get worse when he extends his neck. The dizziness and ringing in his ears that he had complained to me about when I saw him last is still there. Mr. Bucci did not get a referral to a neurologist. He had seen Dr. Piecyk in the past and was interested to go back to see Dr. Piecyk again for this.

Mr. Bucci has a number of complaints and problems as a result of his December 7, 2002 motor vehicle accident, which is a work injury. The dizziness and the ringing in the ears may be a long-term problem. This is something I would like Dr. Piecyk to evaluate to determine if it is more from a post-traumatic etiology or if possibly from the mild Chiari-1 malformation that we see. It might also come from another aspect. Dr. Piecyk is better at assessing these types of symptoms.

The neck pains seem to be associated with some spasm and I think that more physical therapy and Pain Management will help with that. Mr. Bucci is interested in pursuing both of these including getting an epidural. I will make these referrals again. As far as the right arm is concerned, this sounds like a radicular pattern though the MRI from February did not seem to show anything. Mr. Bucci will get physical therapy, which hopefully might help this symptom. Dr. Piecyk might evaluate this and even consider doing an EMG with nerve conduction studies.

If, when Mr. Bucci comes back to see me, he still has these radicular symptoms, then I would repeat a cervical spine MRI.

For right now, Mr. Bucci will come back and see me in three months.

Cranial Surgery • Neurovascular Surgery • Spinal Surgery and Instrumentation • Peripheral Nerve Surgery

*affiliated with*

South Shore

Peppino Butera, M.D.
Re: BUCCI, Michael
June 11, 2003
Page Two


Please contact me with any questions or concerns.

Sincerely,



Steven F. Will, M.D.

sfw:bjc

cc:     Clifford Breslow, M.D.

# SOUTH SUBURBAN NEUROSURGICAL
## ASSOCIATES, INC.



Michael V. DiTullio, Jr., MD, FACS
Stephen H. Johnson, MD, FACS
Steven F. Will, MD

780 Main Street
South Weymouth, MA 02190
781-331-0250 / Fax 781-340-0506

November 3, 2003

Peppino Butera, M.D.
1681 Washington Street
Braintree, MA  02184

Re: BUCCI, Michael
    DOB:  09/24/65

Dear Dr. Butera:

Michael Bucci returns to my office today after I saw him in June. He feels much better overall. He may have occasional pain in the base of the neck in the midline. His right arm really has improved to where it is really what he calls a deadness in the right fourth and fifth fingers. He still is having the dizziness and ringing that we had talked about last time. He has not had the opportunity to see Dr. Piecyk yet as this has not been approved yet by Worker's Comp. Mr. Bucci had not gotten his Pain Management either.

At this point as he is getting gradual improvement, I think we need to wait on an approval for his Pain Management and his appointment with Dr. Piecyk. I don't think surgical intervention is indicated at this point. Mr. Bucci is in agreement with this. He can come back and see me in six months for follow-up. Hopefully in this time he will have had a chance to get approved for the above visits and have received the benefits deserving to him.

Please contact me with any questions or concerns.

Sincerely,


Steven F. Will, M.D.

sfw:bjc

cc:    Clifford Breslow, M.D.

wc 11/10/03

# SOUTH SUBURBAN NEUROSURGICAL
## ASSOCIATES, INC.

Michael V. DiTullio, Jr., MD, FACS
Stephen H. Johnson, MD, FACS
Steven F. Will, MD



780 Main Street
South Weymouth, MA 02190
781-331-0250 / Fax 781-340-0506

December 29, 2003

Peppino Butera, M.D.
1681 Washington Street
Braintree, MA  02184

Re: BUCCI, Michael
    DOB: 09/24/65

Dear Dr. Butera:

Michael Bucci returns to my office today after I saw him at the beginning of November. He originally wasn't supposed to come back until sometime in April or May. Around the storms a few weeks ago, he had some very bad neck pains, though he didn't have any new right arm symptoms. Before this, he actually had been doing pretty well. He hadn't been taking his medications or needing them for that matter when the pain started. When he did restart medications, which was Darvocet three pills a day, the pains in the right side of his neck have gotten much improvement. The right arm still has the same symptom of numbness in the medial forearm and the fourth and fifth fingers. He is feeling much better now and is denying any problems with gait, fine motor function or bowel, bladder or sexual function. He notes some occasional dizziness but no falls. The dizziness could be attributed to the vertigo he has had in the past.

Again, he needs evaluation by a neurologist. This has not been approved yet by Worker's Compensation. He needs to get back to Pain Management and I don't know if this has been approved by Worker's Compensation but he should get back and see Dr. Breslow if he needs any further treatments.

I am not sure if there are any surgical options I can offer him. This, thus the best treatment modalities are all conservative. He can follow up with me on the originally scheduled April or May appointment.

Please contact me with any questions or concerns.

Sincerely,


Steven F. Will, M.D.

SFW:DJC
Clifford AL 1-12-04

cc:   Clifford Breslow, M.D.

affiliated with

South Shore
Hospital

Neuromuscular Surgery • Spinal Surgery and Instrumentation • Peripheral Nerve Surgery