UNTIED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2007 APR 19 A II: 25

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| MICHAEL BUCCI and ANTHONY MESSINA, Plaintiffs<br><br>v.<br><br>GLOBEGROUND NORTH AMERICA LLC, Defendant | CIVIL ACTION NO.: 05 CV 10963NG |

### PLAINTIFF ANTHONY MESSINA 'S EXPERT DISCLOSURE PURSUANT TO FED.R.CIV.P. 26(a)(2)

Now comes the plaintiff Anthony Messina, in the above entitled action, and makes the following expert disclosures and designations pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure:

1. **MEDICAL EXPERT**

   David H. Kim, M.D
   The Boston Spine Group, LLC
   New England Baptist Hospital
   125 Parker Hill Avenue
   Boston, MA 02120

   Dr. Kim is expected to testify as to the plaintiff's physical injuries and disabilities and its causal relation to the work related motor vehicle accident on December 7, 2002. Dr. Kim has provided a report, dated February 10, 2003 and a copy of his medical records, dated 3/3/03 – 9/10/03 (attached as Exhibit "A"). Plaintiff will supplement in a timely fashion a copy of Dr. Kim's curriculum vitae, which will lists all publications he has authored, a list of cases in which

he has testified at trial or in deposition in the preceding four (4) years, and Dr. Will's compensation schedule.

                                            Respectfully submitted,
                                            Plaintiff, Anthony Messina,
                                            by his attorney,

Dated: 4/18/07

                                            Ann M. McNamara
                                            QUINN AND MORRIS
                                            141 Tremont Street
                                            Boston, MA 02111
                                            Tel. (617) 423-3500
                                            BBO #: 117450

## CERTIFICATE OF SERVICE

I, Ann M. McNamara, hereby certify that I have this ___15___ day of April, 2007, served a true copy of the enclosed **Plaintiff Anthony Messina's Expert Disclosure Pursuant to Fed.R.Civ.P. 26(A)(2)** by first-class postage prepaid to counsel of record:

Tavares M. Brewington, Esquire
Nixon Peabody, LLP
100 Summer Street
Boston, MA 02110

/s/ Ann M. McNamara
Ann M. McNamara
QUINN AND MORRIS
141 Tremont Street
Boston, MA 02111
Tel. (617) 423-3500
BBO #: 546445

```
        FILED
     N CLERKS OFFICE

   2007 APR 19  A II: 26

   U.S. DISTRICT COURT
   DISTRICT OF MASS.
```

# EXHIBIT "A"



# THE BOSTON SPINE GROUP

Located at The Spine Center
New England Baptist Hospital
125 Parker Hill Avenue, Boston, Massachusetts 02120

FILED
CLERKS OFFICE

2007 APR 19 A 11: 26

U.S. DISTRICT COURT
DISTRICT OF MASS

**Physicians**

Robert J. Banco, MD
  Chief, Spine Section
  New England Baptist Hospital
Louis G. Jenis, MD
David H. Kim, MD
Richard M. Ozuna, MD
Frank F. Rand, MD
Kevin P. Sullivan
Scott G. Tromanhauser, MD

September 10, 2003

David H. Kim, MD
Orthopedic Spine Surgeon
New England Baptist Hospital

617.754.5595
FAX 617.754.6482
www.bostonspinegroup.com

From: The Office of David H. Kim, M.D.

**CERTIFIED RECORD**

This is to certify that I have attached a true and complete copy of
The office records concerning the treatment of our patient:
Anthony Messina, DOB:03/28/55

Subscribed and sworn to under the pains and penalties of surgery
this **10th** day of September, 2003 by.

*Lora Bryant-Davis*

Representative of David H. Kim, M.D.

**Affiliated Services**

CASE MANAGEMENT
NEUROLOGY
NEURORADIOLOGY
NEUROSURGICAL SPINE SURGERY
OCCUPATIONAL THERAPY
PAIN MANAGEMENT
PHYSICAL MEDICINE & REHABILITATION
PHYSICAL THERAPY
PSYCHOLOGY
RHEUMATOLOGY
VASCULAR & LAPAROSCOPIC SURGERY

*Member of The New England Baptist Bone and Joint Institute*



# THE BOSTON SPINE GROUP, LLC

24 Newton Street
Southboro, Massachusetts 01772
www.bostonspinegroup.com

## Work Recommendations

ans

J. Banco, MD
Chief, Spine Section
New England Baptist Hospital

Jenis, MD
Rand, MD
Sullivan, MD
Tromanhauser, MD

Patient __Anthony Messina__   Date __9/10/03__

Diagnosis __Right C6 radiculopathy-resolved; Right C5-6 HNP__

Temporarily Totally Disabled _____

Return to Work on __Monday 9/15/03__ Full Time ____ Full Duty ____

Hours Per Day __8 hrs/day__

### Restrictions

| Lifting and Carrying Abilities | Never | Occasional | Frequent | Continuous |
|---|---|---|---|---|
| 1–10 Lbs | | | X | |
| 11–20 Lbs | | | X | |
| 21–30 Lbs | | X | | |
| 31–50 Lbs | | | | |
| 51–100 Lbs | | | | |

### Positions and Activities

| | Never | Occasional | Frequent | Continuous |
|---|---|---|---|---|
| Bending | | | | |
| Squatting | | | | |
| Climbing | | | | |
| Standing | | | | |
| Walking | | | | |
| Sitting | | | | |
| Reaching | | | | |
| Other____ | | | | |

Services
AGEMENT
TY
DIOLOGY
RGICAL SPINE
ONAL THERAPY
GEMENT
MEDICINE &
ATION
HERAPY
TY
OLOGY
& LAPAROSCOPIC

Recommendations __Lifting limit of 30 lbs for 2 wks then progress to 50 lbs for 2 wks then full work duty.__

The Above Restrictions are ____ in Effect Until ____
                                    Permanent

Re-evaluation on _____

Physician Name __K. Sullivan__

FROM : CHANNER     FAX NO. : 6175619213     Sep. 10 2003 04:30PM P1





# THE BOSTON SPINE GROUP, LLC

Located at The Spine Center
New England Baptist Hospital
125 Parker Hill Avenue, Boston, Massachusetts 02120

Physicians

Robert J. Banco, MD
  Chief, Spine Section
  New England Baptist Hospital
Louis G. Jenis, MD
David H. Kim, MD
Richard M. Ozuna, MD
Frank F. Rand, MD
Kevin P. Sullivan
Scott G. Tromanhauser, MD

Affiliated Services

CASE MANAGEMENT
NEUROLOGY
NEURORADIOLOGY
NEUROSURGICAL SPINE
SURGERY
OCCUPATIONAL THERAPY
PAIN MANAGEMENT
PHYSICAL MEDICINE &
REHABILITATION
PHYSICAL THERAPY
PSYCHOLOGY
RHEUMATOLOGY
VASCULAR & LAPAROSCOPIC
SURGERY

June 18, 2003

David H. Kim, MD
Orthopedic Spine Surgeon
New England Baptist Hospital
617.754.5595
FAX 617.754.6482
www.bostonspinegroup.com

Gallagher Bassett Service
100 Grandview Road
Suite 406
Braintree, MA  02184

Re: Anthony Messina
DOB: 03/28/55
SS#: 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
DOI: 12/07/02

Dear Mr. Kowalczyk,

It was not my intent to have Mr. Messina's workers compensation benefits cut off. The patient is seeking non-surgical treatment with a Physiatrist, Dr. Kevin Sullivan. Mr. Messina should be re-evaluated after Dr. Sullivan has seen him. He should be considered for a work capacity evaluation to determine his disability status.

If I can further assist you in this matter, please contact my office at (617) 754-5595.

Sincerely,

David H. Kim, M.D.

DHK/lbd

BOSTON SPINE GROUP  
Re: Anthony Messina (DOB: 3/28/55)

DATE: 5/19/03

DIAGNOSIS: Right-sided C5-6 herniated nucleus pulposus. Right-sided C6 radiculopathy.

INTERIM HISTORY: The patient underwent six weeks of physical therapy twice a week with significant improvement of his symptoms. Since completing therapy, he has experienced some recurrence of his right trapezial pain. He has persistent right thumb and forefinger numbness and tingling. He is interested in undergoing a cervical steroid injection and another course of physical therapy. Currently he is not taking any pain medication on a regular basis. The rest of his medications, past medical history, past surgical history, family history, social history and review of systems are without change.

PHYSICAL EXAMINATION: On physical examination, he ambulates with a normal gait. He appears to be in no acute distress. He continues to demonstrate some limitation in his cervical range of motion. There is a positive Spurling test. He continues to demonstrate altered sensation in the right thumb and index finger, but he has full strength in all muscle groups, and the rest of his neurological exam is intact. The rest of his physical exam is without change.

No additional x-rays were obtained today.

PLAN: The patient will be referred to Dr. Kevin Sullivan for a cervical epidural steroid injection. He will be referred back to Physical Therapy. He needs to follow up with me on a prn basis if he fails to experience satisfactory improvement with conservative treatment or if he develops any worsening of his symptoms.

This report was dictated in the presence of the patient so as to ensure the accuracy of its content.


David H. Kim, M.D.  
DHK:bcg

cc: Kevin Sullivan, M.D.

Gerald Snyder, M.D.  
East Boston Health Center  
10 Grove Street  
East Boston, MA 02128

BOSTON SPINE GROUP  
Re: Anthony Messina (DOB: 3/28/55)

DATE: 3/24/03

DIAGNOSES: Right C5-6 herniated nucleus pulposus. Right C6 radiculopathy.

DATE OF INJURY: 12/7/02

The patient canceled his previously scheduled surgery due to improvement in his symptoms. He reports today that he has continued to experience significant improvement in his neck pain, right upper extremity pain, numbness and weakness since his last clinic visit. He reports that he is currently actively exercising and trying to maintain his level of activity. He denies any new complaints. He has stopped taking OxyContin and is not currently taking any pain medication. The rest of his medications, past medical history, past surgical history, family history, social history and review of systems is without change.

PHYSICAL EXAMINATION: On physical examination, his gait is normal. Neck range of motion remains moderately limited secondary to pain. He has forward flexion to 45 degrees, extension to 40 degrees, right lateral bend to 30 degrees, left lateral bend to 40 degrees, right lateral rotation to 60 degrees and left lateral rotation of 70 degrees. There is exacerbation of his neck and right upper extremity pain with right lateral bend and rotation. He continues to demonstrate a positive Sperling test, although it is not as marked as it was at his last visit. Motor strength has improved and currently he is rated 5/5 in all muscle groups in both upper and lower extremities. The rest of his neurological exam is intact and the rest of the physical exam is without change.

No new imaging studies were obtained today.

PLAN: The patient appears to be demonstrating spontaneous improvement with conservative management of his condition. At this point, I would not recommend proceeding with surgical treatment, given his improvement. We will refer him to Physical Therapy for neck range of motion, stabilization and strengthening exercises. He was instructed to continue to avoid narcotic pain medication and cigarette smoke. If he experiences worsening of his symptoms or fails to recover satisfactorily, he is welcome to return for consideration of surgical treatment. Otherwise, I will see him again only on a prn basis.

This report was dictated in the presence of the patient so as to ensure accuracy of its content.

David H. Kim, M.D.

DHK:bcg

BOSTON SPINE GROUP                                              DATE: 3/24/03
Re: Anthony Messina (DOB: 3/28/55)
Page 2

cc:
Joel Snider, M.D.
East Boston Neighborhood Health Center
10 Gove Street
East Boston, MA 02128

TELEPHONE CONVERSATION                                            DATE: 3/3/03
Re: Anthony Messina

I spoke with the patient today. He informed me that his clinical condition has significantly improved and he would like to defer his surgery. I agree with his decision. He will follow up with me in a couple of months to evaluate his status.


David H. Kim, M.D.

DHK:bcg



# THE BOSTON SPINE GROUP, LLC

Located at The Spine Center
New England Baptist Hospital
125 Parker Hill Avenue, Boston, Massachusetts 02120

**Physicians**

.obert J. Banco, MD
  *Chief, Spine Section*
  *New England Baptist Hospital*
ouis G. Jenis, MD
avid H. Kim, MD
ichard M. Ozuna, MD
ank F. Rand, MD
evin P. Sullivan
:ott G. Tromanhauser, MD

**Tiliated Services**

SE MANAGEMENT
UROLOGY
URORADIOLOGY
UROSURGICAL SPINE RGERY
CCUPATIONAL THERAPY
IN MANAGEMENT
IYSICAL MEDICINE & HABILITATION
IYSICAL THERAPY
rCHOLOGY
IEUMATOLOGY
SCULAR & LAPAROSCOPIC RGERY

*David H. Kim, MD*
Orthopedic Spine Surgeon
New England Baptist Hospital

617.754.5595
FAX 617.754.6482
www.bostonspinegroup.com

February 10, 2003

Joel Snider, M.D.
East Boston Neighborhood Health Center
10 Gove Street
East Boston, MA 02128
Re: Anthony Messina (DOB: 3/28/55)

Dear Dr. Snider:

Thank you for consulting me with regard to your patient Mr. Messina. As you know, he is a 47-year-old man who presents with the chief complaint of right upper extremity pain, numbness and weakness. He reports that he was in his usual state of health until December 7, when he was involved in a work-related accident. He was apparently the unbelted front seat passenger in a slow-moving van which was hit from behind by a large truck traveling at moderately high speed. The patient experienced a sudden jerking acceleration and deceleration force to his head and neck. He denies specific head injury or loss of consciousness but over the next one to two days he developed the acute onset of severe neck stiffness and right shoulder pain. He was initially seen by a physician who diagnosed him with a muscular strain and prescribed Motrin. This medication did not provide significant relief and he sought treatment through his primary care physician.

At that point, an MRI was obtained and revealed evidence of a herniated nucleus pulposus in the cervical spine. He was subsequently referred to an orthopedic surgeon who prescribed physical therapy. Following two weeks of physical therapy, the patient experienced an exacerbation of his condition and the therapist recommended discontinuation of the treatments. Since then, the patient has experienced more or less persistent severe pain localized to the posterior aspect of his right shoulder, with radiation down the lateral aspect of his upper arm, lateral forearm and into the hand. The pain tends to be less severe in the posterior trapezial and posterior deltoid region of his upper arm and shoulder, but he experiences occasional radiation of pain down his arm.

His major complaint with respect to his distal upper extremity is numbness and tingling, with numbness primarily in the upper arm and

Joel Snider, M.D.  Re: Anthony Messina
February 10, 2003
Page 2

a tingling sensation diffusely throughout all of the fingers of his right hand, primarily the index through small fingers, with some paresthesias in the thumb as well. He reports that his symptoms tend to be exacerbated by forward stretching of his right upper extremity. He experiences some relief of his symptoms when he raises his right arm over his head, particularly when lying in bed. At this point, he reports minimal axial neck pain. The pain appears to be activity related, as noted above. There is no separate night or rest pain component. He reports subjective weakness diffusely in the right upper extremity. He denies any bowel or bladder dysfunction, fevers, chills, nausea, vomiting, or recent weight loss.

He has undergone two weeks of physical therapy, as noted above. He has tried a nonsteroidal anti-inflammatory medication without relief. He has not had any epidural steroid injections. He is currently taking OxyContin, 20 mg qn, to help him sleep. I cautioned him about the addictive potential of narcotic medication and suggested he try to wean himself off this medicine as rapidly as possible. Past medical history is negative. Past surgical history is positive for a tonsillectomy. There is a family history of cancer. He is employed in ramp service at the airport. He has been out of work for the past two weeks secondary to his medical condition. He stands 5' 9 ½" tall and weighs 195 pounds. He denies a history of tobacco use and drinks an average of three glasses of wine a day. Review of systems is negative, as detailed in the patient questionnaire.

On physical examination, he ambulates with a normal gait and stands with normal posture in sagittal and coronal planes. Cervical range of motion includes forward flexion of 40 degrees, extension of 30 degrees, lateral bend to the left to 40 degrees and to the right of 30 degrees. Lateral rotation to the left is 60 degrees and to the right it is 50 degrees. He has exacerbation of his posterior shoulder and upper arm pain with forward flexion and extension of his neck. He also has an exacerbation with right lateral bend and rotation. He has a negative Romberg sign. He does have a positive Sperling sign, with aggravation of his right posterior shoulder and upper arm pain. He has normal heel and toe walking and a normal straight-line gait. There is exacerbation of his pain with Valsalva maneuvers. He has no significant tenderness to percussion over the posterior cervical spine.

Motor examination reveals 5-/5 strength diffusely in the right upper extremity, including the biceps, triceps, wrist flexors and extensors and grip. Strength is 5/5 throughout all muscle groups in the left upper extremity and both lower extremities. Sensory exam is intact throughout all dermatomes in both upper and lower extremities. Reflexes are brisk and symmetric, graded 2+ bilaterally in the biceps, 1+ in the triceps and brachioradialis, 2+ at the knees and ankles. Toes are downgoing bilaterally. He has a negative Hoffmann's reflex and no clonus.

Joel Snider, M.D.  Re: Anthony Messina
February 10, 2003
Page 3

We reviewed an MRI of his cervical spine from January 3. The radiologist's interpretation is available and indicates a moderate predominantly right-sided paracentral herniation at the C5-6 level, with mild proximal lateral involvement. There is an associated vertebral body spur and the herniated disc material approximates the right anterior cervical spinal cord margin, with right C6 neural impingement and extension into the upper aspect of the right C6 lateral recess, with severe right C6 neural foraminal stenosis. There is moderate left-sided C6 foraminal stenosis. A slight bulge at C6-7 is also noted, with mild right C7 neural foraminal stenosis. My review of the MRI is in agreement with these findings. The patient has primarily a right-sided C5-6 disc herniation with evidence of compression of the exiting nerve root at this level.

IMPRESSION: Right-sided C5-6 posterolateral disc herniation. Clinical right C6 radiculopathy. Cervical spondylosis. Cervical degenerative disc disease.

I had an extensive discussion with the patient regarding his diagnoses and treatment recommendations. I believe that his current medical condition and symptoms are a direct result of the work-related accident he sustained on December 7, 2002. His treatment so far has been appropriate, with attempts at conservative management, including nonsteroidal anti-inflammatory medication and physical therapy. Unfortunately, he has not responded to any of these treatments. We discussed the possibility of epidural steroid injections, but due to the risks associated with this treatment and the lack of guarantee of benefit, he is not interested in proceeding with this form of treatment.

I believe that he is a candidate for surgical treatment of his condition. We discussed the proposed surgery, which would be an anterior cervical discectomy and instrumented fusion at C5-6 with either iliac crest bone graft or allograft. We discussed the risks and benefits, which include but are not limited to wound infection, low risk of neurological injury, bleeding, risks of nonunion, instrumentation failure, adjacent-segment degeneration and need for additional surgery in the future. With respect to the iliac crest bone graft harvest site, we discussed the same risks of infection, neurological injury and bleeding.

Given his failure to respond to conservative management and lack of improvement of his significant pain, we have decided to proceed with scheduling surgery. The patient will read and sign my consent form prior to leaving the office today. He will also continue with conservative management. If he experiences resolution of his symptoms prior to the time of surgery, we will cancel the procedure.

This letter was dictated in the presence of the patient so as to ensure accuracy of

Joel Snider, M.D.  
February 10, 2003  
Page 4

Re: Anthony Messina

its content.

Sincerely,

*[signature]*

David H. Kim, M.D.

DHK:bcg