UNTIED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **MICHAEL BUCCI and** ) <br> **ANTHONY MESSINA,** ) <br>     **Plaintiffs** ) <br> ) <br> **v.** ) <br> ) <br> **GLOBEGROUND** ) <br> **NORTH AMERICA LLC,** ) <br>     **Defendant** ) | **CIVIL ACTION NO.: 05 CV 10963NG** |

**PLAINTIFF ANTHONY MESSINA'S MOTION**
**TO ENLARGE SCHEDULING ORDER**

Plaintiff Anthony Messina files this Motion to extend the scheduling order as follows:

1) Expert designations by Defendant from May 15, 2007 to June 15, 2007.
2) Expert depositions to be completed from July 31, 2007 to August 31, 2007.

In support of this motion, Plaintiff states as follows:

1. Plaintiff Messina has recently been transferred by his company from Boston to San Diego, California, and has limited time availability to travel to Boston.
2. The Defendant scheduled an I.M.E., for the purposes of expert testimony, for the Plaintiff Anthony Messina on April 23, 2007 in Massachusetts.
3. Due to a last moment cancellation of his flight by the airline company, Plaintiff Messina was unable to attend independent medical examination on April 23, 2007.
4. Plaintiff Messina has made every effort to return to Massachusetts for this exam, but has through no fault of his own, been unable to do so.
5. Plaintiff Messina recognizes the importance of this exam and the importance of complying with Court deadlines. Plaintiff Messina has advised counsel he is available to be examined on June 12, 2007 and the doctor has indicated his availability.
6. No party will be prejudiced by allowance of this motion.
7. Allowing this motion will serve the interests of judicial economy.

WHEREFORE, the Plaintiff Anthony Messina in the above referenced claim respectfully request

that this Honorable Court enlarge the Scheduling Order as set forth above, and grant such other relief as the Court deems fair and just.

                                                              Plaintiffs, Michael Bucci
                                                              and Anthony Messina,
                                                              by their attorney,

                                                              /s/ Ann M. McNamara
                                                              Ann McNamara, Esq. BBO #: 546445
                                                              Quinn and Morris
                                                              141 Tremont Street
                                                              Boston, MA 02111
                                                              Tel. (617) 423-3500

**LOCAL RULE 7.1(A)(2) CERTIFICATION**

      I hereby certify that on May 10, 2007, after faxing and emailing the proposed motion to Defense counsel, I received a reply email which stated, "I am out of the office with limited access to email.  I will not be able to take a look at the motion until later today.  Having not reviewed the motion, I just want to make you aware that while we may not oppose a motion for more time, we will not join the motion."  Therefore the Plaintiff files this motion on his own accord.

                                                              //s//Ann M. McNamara
                                                                Ann M. McNamara

CERTIFICATE OF SERVICE

      I, Ann M. McNamara, hereby certify that I have this 10th day of May, 2007, served a true copy of the enclosed **Plaintiff Anthony Messina's Motion to Enlarge Scheduling Order,** by email to counsel of record:

Tavares M. Brewington, Esquire
NIXON PEABODY
100 Summer Street
Boston, MA 02110
Tel. (617) 345-1000

                                                              /s/ Ann M. McNamara
                                                              Ann McNamara, Esquire BBO#546445
                                                              Quinn and Morris
                                                              141 Tremont Street
                                                              Boston, MA 02111
                                                              Tel. (617) 423-3500