UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL BUCCI AND ANTHONY MESSINA,<br><br>               Plaintiffs,<br><br>vs.<br><br>GLOBEGROUND NORTH AMERICA, LLC,<br><br>               Defendant. | 05-CV-1963-NG |

## **WITHDRAWAL OF APPEARANCE**

Please withdraw our appearance as attorneys for the Defendant, GlobeGround North America, LLC with respect to the above-referenced matter.

   /s/Helen E. Tsingos_____
Helen E. Tsingos, BBO #629762
Maynard M. Kirpalani, BBO #273940
Kevin P. Mannix, BBO #640071
Elser, Moskowitz, Edelman & Dicker, LLP
155 Federal Street, 5th Floor
Boston, MA 02110
Ph: (617)-422-5300
Fax: (617)-423-6917

10186677.1
69038.1

## CERTIFICATE OF SERVICE

     The undersigned hereby certifies that a copy of the foregoing has been filed electronically. Notice of this filing was sent to all parties via the Court's electronic filing system on the 15th day of May, 2007. Parties may access this filing through the court's system.

/s/Helen E. Tsingos  
Helen E. Tsingos

_____

Helen E. Tsingos

69038.1