IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MICHAEL BUCCI AND ANTHONY MESSINA,

Plaintiffs,

vs.

GLOBEGROUND NORTH AMERICA, LLC,

Defendant.

05 CIV 10963-NG

## GLOBEGROUND NORTH AMERICA LLC'S EXPERT DISCLOSURE PURSUANT TO FED. R. CIV. P. 26(A)(2)

Now comes the Defendant Globe Ground North America LLC, in the above entitled action, and makes the following expert disclosures and designations pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure:

1. **MEDICAL EXPERT**

    **Joseph Seaton Barr, M. D.**
    **Orthopedics Associates**
    **0 Emerson Place**
    **Boston, MA 02114**

    Dr. Joseph Barr is expected to testify as to as to Michael Bucci's alleged injuries. Dr. Barr has submitted an expert report (attached as Exhibit A). Defendant will supplement in a timely fashion a copy of Dr. Barr's *curriculum vitae*, which will list all publications he has authored, a list of cases in which he has testified at trial or in deposition in the preceding for (4) years, and Dr. Barr's compensation schedule.

10531611.1

**GLOBEGROUND NORTH AMERICA LLC**

By Its Attorneys,

*/s/ Tavares M. Brewington*
Raymond L. Mariani
Tavares M. Brewington (BBO# 661125)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
(617) 345-1000

DATED: May 15, 2007

## CERTIFICATE OF SERVICE

    I hereby certify that on May 15, 2007, a true copy of the above document was served upon all counsel of record via U.S. Mail.

*/s/ Tavares M. Brewington*
Tavares M. Brewington

10531611.1

# EXHIBIT "A"



**ORTHOPAEDIC ASSOCIATES, INC.**
ANTHONY E. WEBBER, M.D.
FULTON C. KORNACK, M.D.
JOSEPH S. BARR, JR., M.D.

AFFILIATED WITH:
HARVARD MEDICAL SCHOOL
MASSACHUSETTS GENERAL HOSPITAL
FAULKNER HOSPITAL
CHILDRENS HOSPITAL

March 5, 2007

To:   Attorney Tavares Brewington
      Nixon Peabody LLP
      100 Summer Street
      Boston, MA 02110-2131

Re:   Michael Bucci, et al v. Globeground North America, LLC
Civil Action No. 05 CV
10963NG  Our File #: 07-010

Dear Attorney Brewington,

**Background:** Michael Bucci was seen and examined in my office at your request on February 28, 2007. Prior to seeing him, I reviewed the medical records you had sent including records from MGH Chelsea HealthCare Center, South Suburban Neurosurgical Associates, Inc., SouthEast Physical Therapy, and Quincy Medical Center. Additionally, records sent later were from Weymouth Specific Chiropractic, Dr. James Wepsic, Dr. Deepak Tandon, and South Shore Hospital. Positive identification was made with his Massachusetts drivers license.

**History:** Michael Bucci is 41 years old and was injured at work on December 7, 2002 at approximately 11 am. At that time he was working as a baggage handler and driver for United Airlines at Logan Airport. He began working there in 1991. At the time of the incident, Mr. Bucci was driving a minivan with a coworker in the passenger's seat. They were driving across from one airline terminal to another and had to stop to allow an airplane to taxi pass them. As they were stopped they were rear-ended by a tanker truck. Their vehicle was usable and they promptly reported the incident to a supervisor. After about an hour, Mr. Bucci began to experience pain and stiffness in his neck. He went to the MGH Chelsea HealthCare Center. At that facility he was examined and was found to have pain in the area of the sixth and seventh cervical vertebrae. Xrays were taken of his neck and were read as unremarkable except for the fact that there was some narrowing at C4-C5 which the radiologist felt was on a congenital basis.

Mr. Bucci was then referred to the South Suburban Neurosurgical Associates and was seen on January 7, 2003, by Dr. Steven Will. Dr. Will obtained a history that Mr. Bucci was restrained in the vehicle and did not suffer any loss of consciousness. At that visit, Mr. Bucci complained of stiffness in his neck, some tingling in his arms, and dizziness. He did have a past history of vertigo. On examination Dr. Will found that Mr. Bucci had full range of motion of his neck with some weakness of his arms which Dr. Will felt was pain limited. The deep tendon reflexes were equal. Cranial nerve function was intact. Dr. Will reviewed an MRI scan of the cervical spine that had been done on December 20, 2002. This scan showed a small disk protrusion at C3-C4 on the left.

ZERO EMERSON PLACE
SUITE 120
BOSTON, MA 02114
TEL. (617) 726-3563
FAX (617) 742-7849

1

THE FAULKNER HOSPITAL
1153 CENTRE STREET
JAMAICA PLAIN, MA 02130
TEL. (617) 522-1734
FAX (617) 522-8325

At C4-C5 there was a somewhat larger disk protrusion on the right side with an osteophyte (bone spur) which caused slight flattening of the right side of the spinal cord. There was also some narrowing of the foramen at that level. Dr. Will also noticed that the cerebellar tonsils were 1 cm below the level of the foramen magnum. He felt this was consistent with a Chiari I malformation. Dr. Will referred Mr. Bucci to physical therapy and also ordered a brain MRI scan.

Mr. Bucci was next seen by Dr. Will on March 10, 2003. He noted that Mr. Bucci had had a good response to physical therapy. He reviewed the MRI scan of the brain and confirmed that it did indeed show a mild Chiari I malformation. Mr. Bucci was complaining of some paresthesias in the dorsum of his right hand. He was also complaining of some dizziness and tinnitus (ringing in the ears).

On April 16, 2003, Dr. Will wrote a letter to Attorney Ann McNamara describing Mr. Bucci's accident and condition. He noted that all of Mr. Bucci's symptoms had arisen from the motor vehicle accident of December 7, 2002. The only pre-existing problem was that Mr. Bucci had experienced some vertigo, with a negative workup. Dr. Will noted that Mr. Bucci was temporarily disabled.

Dr. Will saw Mr. Bucci on June 11 and at that time he was complaining of pain in the right side of his neck. Dr. Will felt consultation with a neurologist was appropriate and advised that to the insurance company. The next time he saw Mr. Bucci was on November 3,2003. Mr. Bucci reported he was better regarding his neck pain, but his right fourth and fifth fingers were "dead". He was also still experiencing some dizziness and ringing in his ears. The requested consultation with neurology had not been approved by the insurance company. Dr. Will stated that was no indication for any surgical intervention.

On December 29, 2003, Mr. Bucci returned again to see Dr. Will complaining of more severe pains in his neck from recent stormy weather. The neck pain was somewhat relieved by Darvocet. He still had some numbness in the medial aspect of his forearm and in the fourth and fifth fingers. He experienced occasional dizziness, but had not fallen. Again, Dr. Will recommended neurological consultation.

The next time Dr. Will saw Mr. Bucci was on August 2, 2004. At that visit Mr. Bucci mentioned occasional pain in the right side of his neck and occasional numbness in the right hand. He stated he rarely had any problems with dizziness. He never had gone for a neurological consultation. He told Dr. Will he was in conditioning training with an aim to getting back to work. Mr. Bucci saw Dr. Will again November 29, 2004. He stated that the work hardening program had helped him and that he had met all of his goals and was ready to get back to work. His only complaint at that time was occasional pain in the right side of his neck that was not debilitating. Dr. Will agreed with him going back to work and wrote a letter to the primary care physician, Dr. Peppino Butera, asking Dr. Butera to authorize Mr. Bucci's return to work.

Michael Bucci was evaluated on several occasions by Dr. James Wepsic, a neurosurgeon. On September 9, 2003, Dr. Wepsic wrote a letter to Mr. Mark Kowalczyk stating that he had first seen Mr. Bucci on February 26, 2003. I did not have any records of that encounter to review. In the letter of September 9, Dr. Wepsic noted he had reviewed the records of Dr. Will as well as the MRI scans of the cervical spine and cranium that were done on February 17, 2003. He noted that ibuprofen had caused Mr. Bucci to have an upper GI bleed. He had undergone evaluation for this on August 28, 2003. He was switched to Darvocet which he tolerated well. He was experiencing some paresthesias in the right arm and hand. Dr. Wepsic noticed slight decreased right grip strength and slight decrease in the cervical range of motion. Dr. Will had apparently raised the question of epidural steroid injection and Dr. Wepsic agreed with that. Dr. Wepsic's diagnosis was cervical spondylosis with hyperextension injury. Dr. Wepsic mentioned that there was no evidence of prior

injury or pre-existing condition. I would disagree with that opinion as there was history of a prior injury in November of 1997 (see Past History below), and there was evidence of pre-existing cervical spondylosis as evidenced by narrowing of the cervical disk and osteophyte at C4-C5. Dr. Wepsic wrote another opinion on February 25, 2004. He noted that Mr. Bucci still had some decreased range of motion of his cervical spine. Dr. Wepsic felt at that time Mr. Bucci had just shown some improvement and was able to lift up to 50 pounds. He felt he would be able to return to work in 3 to 4 months.

On May 18, 2004, Michael Bucci was evaluated by Dr. Deepak Tandon, a neurologist. Dr. Tandon noted that on April 10, 2001, Mr. Bucci had been evaluated by Dr. Piecyk, a neurologist, for symptoms of dizziness and tingling of the hands and feet. On the same day, Mr. Bucci was evaluated by Dr. Jeffrey Johnson for dizziness and paresthesias in the upper extremities. Dr. Tandon did not mention what type of doctor Dr. Johnson was. Dr. Tandon noted that he had reviewed nearly 100 pages of prior medical history on Mr. Bucci and his findings and opinion were summarized in a letter to Jill Keogh, Impartial Unit, Department of Industrial Accidents in Boston. Dr. Tandon's report ended at the bottom of page 4, I suspect there was a page missing. Dr. Tandon felt the Chiari malformation was of no consequence. His report, as far as it went, did not mention a specific diagnosis nor did it comment on disability and impairment.

Mr. Bucci made another visit to Dr. Will on August 3, 2005. At that time he had a different complaint, numbness in the left forearm with numbness into the fourth and fifth fingers. That occurred two months previously when he lifted some freight at work. Dr. Will diagnosed a left ulnar and neuropathy and prescribed conservative treatment. This condition was not related to the injury of December 12, 2002.

Records from Southeast Physical Therapy Services in Braintree noted that they had started treating Mr. Bucci on January 13, 2003 and that treatment was discontinued on May 23, 2003. During that time Mr. Bucci was seen 2 to 3 times a week with efforts being made to relieve the tightness and muscle spasm in his neck. He was still symptomatic when treatment was discontinued.

The records from the Quincy Medical Center on March 19, 2005 noted that Mr. Bucci was evaluated for lower back and abdominal pain and ruled out for appendicitis. The diagnosis was muscular back pain. There was no indication that that was in any way related to the injury of December 7, 2002.

During my interview with Mr. Bucci he indicated that at the present time he still has some occasional stiffness in his neck and some slight numbness of the right fourth and fifth fingers. He has been working steadily for approximately the last two years for United Airlines and spends part of his time driving a vehicle and part of his time loading and unloading baggage onto aircraft. For medication he occasionally uses Tylenol, Flexeril, or Darvocet. He found that ibuprofen irritated his stomach. He had a left inguinal hernia repair done at Goddard Hospital in February of 2006 and was out of work for 6 to 8 weeks at that time. Again, that condition, was not related to his original injury of December 7, 2002.

**Past History:** As mentioned above, Mr. Bucci does have a past history of some vertigo. His only surgery has been the hernia repair in 2006. There was a note from Dr. David Burgdorf, a chiropractor, noting that he examined Mr. Bucci in his office on November 22, 1997. Mr. Bucci reported a motor vehicle accident which occurred on November 3, 1997. He was driving a pickup truck and was rear-ended by a taxi. He denied any loss of consciousness, he had hit his head on the head restraint. He hit his chest against the steering column. He complained of some dizziness and apparently was seen following the accident at the MGH emergency department. At that time, Mr. Bucci complained of headache, dizziness, nausea, neck pain, some tingling in the left arm, and low

back pain. Dr. Burgdorf diagnosed him with subluxations and malpositionings.

**Occupation:** He is a baggage handler and truck driver for United Airlines.

**Physical Examination:** Mr. Bucci was a pleasant gentleman who was 6 feet tall and weighed 225 pounds. Examination of his neck revealed some limitation of motion, his extension was 20 degrees, flexion 40 degrees, rotation to the left was 60 degrees, to the right 30 degrees. He did not have any particular anterior or posterior neck tenderness. He had full range of motion of his upper extremities.
Neurologic examination revealed symmetrical muscle strength, intact sensation, and symmetrical deep tendon reflexes in both arms.

**X-rays:** No x-rays or MRI scans were available for my review. The reports of these examinations are included above the in the history.

**Diagnosis: Sprain, cervical spine, work-incurred.**

**Chiari I malformation, congenital.**

**Discussion:** I do not hold myself up as an expert on Chiari malformations. My understanding is that the Type I malformation may be asymptomatic, or it might produce problems including dizziness, muscle weakness, numbness, vision problems, headache, or difficulties with balance and coordination. Thus it is possible that the vertigo Mr. Bucci had complained of prior to December 7, 2002 was caused by the Chiari I malformation. The injury of December 7, 2002 clearly caused an acute and chronic sprain of his neck. It may well have exacerbated (temporarily increased) symptoms from his Chiari malformation. His symptoms have largely resolved and at this time he is able to perform the work he did prior to the injury. He does not have any significant work limitations. The only physical abnormality I could observe was the slight loss of cervical spine motion. On the MRI scan, the disk-osteophyte complex seen at C4-C5 on the right side preexisted the injury and was exacerbated by the injury.

**Causation:** It is my opinion, to a reasonable degree of medical certainty, that Mr. Bucci sustained a sprain of his cervical spine at work on December 7, 2002. The injury resulted in prolonged symptoms with his neck and right arm.

**Permanancy:** It is my opinion, again to a reasonable degree of medical certainty, that Mr. Michael Bucci has reached maximum medical improvement. As mentioned above in the discussion the only physical abnormality I observed was a slight loss of cervical spine motion. I would attribute that to exacerbation of his pre-existing disk-osteophyte at C4-C5. Mr. Bucci is able to do the work he did prior to the injury and does not have any significant work limitations.

If there are any questions about the above, please let me know.

Yours Sincerely,

Joseph S. Barr, Jr., MD

4