UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL BUCCI AND ANTHONY MESSINA,<br><br>                    Plaintiffs,<br><br>       vs.<br><br>GLOBEGROUND NORTH AMERICA, LLC,<br><br>                    Defendants. | 05 CIV 10963-NG |

## MOTION TO SANCTION ANTHONY MESSINA UNDER RULE 37(B)(2)

Pursuant to Fed. R. Civ. P. 37(b)(2), Globeground North America, LLC (Globeground) hereby moves this Court to sanction Plaintiff Anthony Messina (Messina) by dismissing his claims with prejudice or, in the alternative, precluding any evidence of his alleged physical injuries. Globeground is entitled to this relief because this Court has issued multiple orders requiring Messina to submit to a Medical Evaluation and Messina has repeatedly failed to comply with these Orders. By violating the Court's Orders, Messina has denied Globeground the opportunity to obtain critical information necessary to its defense. As a consequence, Globeground will be unfairly prejudiced at trial if Messina is not sanctioned.

In support of this motion, Globeground relies on the accompanying: (i) Memorandum of Law in Support of Defendant's Motion to Sanction Anthony Messina under Fed. R. Civ. P. 37(b)(2); and (ii) the Declaration of Tavares M. Brewington, Esq.

WHEREFORE, Globeground requests that the Court dismiss Messina's claims with prejudice or, in the alternative, preclude all evidence of Messina's alleged injuries at trial.

10590223

|  |  |
|---|---|
|  | GLOBEGROUND<br>BY ITS ATTORNEYS, |
|  | //s// Tavares M. Brewington<br>_____<br>Raymond Mariani, Esq. (*Admitted Pro Hac Vice*)<br>Tavares M. Brewington, Esq. (BBO # 661125)<br>NIXON PEABODY LLP<br>100 Summer Street<br>Boston, Massachusetts 02110<br>Telephone:  617-345-1000<br>Facsimile:  617-345-1300 |
| Dated: June 5, 2007 |  |

## LOCAL RULE 7.1(A)(2) STATEMENT

Pursuant to Local Rule 7.1(A)(2), the parties state that they have conferred and were unable to resolve the above described issues.

//s// Tavares M. Brewington
_____
Tavares M. Brewington

## CERTIFICATE OF SERVICE

I, Tavares M. Brewington do hereby certify that a true copy of the above document was served upon all counsel of record by first class mail this 5 day of June, 2007.

//s// Tavares M. Brewington
_____
Tavares M. Brewington

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL BUCCI AND ANTHONY MESSINA,<br><br>   Plaintiffs,<br><br>vs.<br><br>GLOBEGROUND NORTH AMERICA, LLC,<br><br>   Defendants. | 05 CIV 10963-NG |

### DECLARATION OF TAVARES M. BREWINGTON, ESQ.

I, Tavares M. Brewington, hereby depose and state:

1. I am an associate in the law firm of Nixon Peabody LLP, located at 100 Summer Street, Boston, Massachusetts 02110. I represent the defendant Globeground North America, LLC. ("Globeground"). I make this declaration in support of Globeground's Motion for Sanctions Under Rule 37(b)(2).

2. Attached as Exhibits 1-3 are a true and accurate copies of the email correspondence between Globeground and Counsel for Plaintiff Anthony Messina regarding the scheduling of Anthony Messina's Medical Evaluation.

I, TAVARES M. BREWINGTON, DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

//s// Tavares M. Brewington
_____
Tavares M. Brewington

EXECUTED ON: June 5, 2007

10590318

**EXHIBIT 1**

### Sensale, Connie

**From:** Sensale, Connie
**Sent:** Friday, February 02, 2007 3:50 PM
**To:** 'Ann McNamara'
**Cc:** Brewington, Tavares
**Subject:** RE: Bucci, et al v. Globeground North America, LLC

Attorney McNamara:

I've contacted Dr. Barr's office and scheduled Michael Bucci's IME for Wednesday, February 28, 2007 at 11:00 am.

Also, once I receive all the documents relating to the subpoenas that I sent out for Mr. Bucci, I will provide you with copies.

Please let me know if you have any questions or problems.

Thanks again for your help, Connie

Connie A. Sensale, Litigation Paralegal
Nixon Peabody LLP
100 Summer Street, 26th Floor, #26212
Boston, MA 02110
Office: (617) 345-1026
Personal Fax (866) 741-5602
Office Fax: 617.345.1300
csensale@nixonpeabody.com
www.nixonpeabody.com

This e-mail message and any attachments are intended only for the use of the addressee named above and may contain information that is privileged and confidential. If you are not the intended recipient, any dissemination, distribution, or copying is strictly prohibited. If you received this e-mail message in error, please immediately notify the sender by replying to this e-mail message or by telephone. Thank you. .

**From:** Ann McNamara [mailto:amc@quinnmorris.com]
**Sent:** Friday, February 02, 2007 2:38 PM
**To:** Sensale, Connie
**Subject:** RE: Bucci, et al v. Globeground North America, LLC

Hi Connie – We did hear from Michael Bucci and he is available late morning on February 28th. We are still waiting to hear back from Mr. Messina.

Ann McNamara, Esq.

5/23/2007

**From:** Sensale, Connie [mailto:csensale@nixonpeabody.com]
**Sent:** Friday, February 02, 2007 10:29 AM
**To:** Ann McNamara
**Cc:** Brewington, Tavares
**Subject:** Bucci, et al v. Globeground North America, LLC

Dear Attorney McNamara:

In an effort to try to schedule IMEs for Michael Bucci and Anthony Messina, I've contacted Dr. Barr's office to obtain dates of availability. Dr. Barr is available all day on February 28, 2007; and on March 2, 2007 and March 7, 2007, Dr. Barr is available in the afternoon. Unfortunately, Dr. Barr will be out of the office not returning until March 27, 2007.

Once you have had an opportunity to speak with Mr. Bucci and Mr. Messina, please let me as soon as you possibly can if your clients are available on these dates so that I can set up the IMEs with Dr. Barr as soon as possible.

If you have any questions, please feel free to contact me directly regarding the IMEs.

Thank you for your attention to this matter.

Sincerely,
Connie A. Sensale



Connie A. Sensale, Litigation Paralegal
Nixon Peabody LLP
100 Summer Street, 26th Floor, #26212
Boston, MA 02110
Office: (617) 345-1026
Personal Fax (866) 741-5602
Office Fax: 617.345.1300
csensale@nixonpeabody.com
www.nixonpeabody.com

This e-mail message and any attachments are intended only for the use of the addressee named above and may contain information that is privileged and confidential. If you are not the intended recipient, any dissemination, distribution, or copying is strictly prohibited. If you received this e-mail message in error, please immediately notify the sender by replying to this e-mail message or by telephone. Thank you. .

5/23/2007

**EXHIBIT 2**

## Sensale, Connie

**From:** Sensale, Connie
**Sent:** Thursday, February 22, 2007 3:54 PM
**To:** 'Ann McNamara'
**Subject:** RE: Anthony Messina

I will check with Tavares and get back to you. By any chance did you touch base with Mr. Messina regarding the Hipaa Authorizations? Will be back in touch with you shortly...Thanks, Connie

Connie A. Sensale, Litigation Paralegal
Nixon Peabody LLP
100 Summer Street, 26th Floor, #26212
Boston, MA 02110
Office: (617) 345-1026
Personal Fax (866) 741-5602
Office Fax: 617.345.1300
csensale@nixonpeabody.com
www.nixonpeabody.com

This e-mail message and any attachments are intended only for the use of the addressee named above and may contain information that is privileged and confidential. If you are not the intended recipient, any dissemination, distribution, or copying is strictly prohibited. If you received this e-mail message in error, please immediately notify the sender by replying to this e-mail message or by telephone. Thank you. .

**From:** Ann McNamara [mailto:amc@quinnmorris.com]
**Sent:** Thursday, February 22, 2007 3:47 PM
**To:** Sensale, Connie
**Subject:** Anthony Messina

Connie – I have heard from Mr. Messina and he cannot make March 2 at 11:00 a.m. He has been instructed to report to San Diego on March 5th for his new assignment and is unable to make either the 6th or 7th. He asked to move that date back and the company said no.

He will be back in Boston for 2 weekends in March, and I suspect once he gets situated out there, he may be able to get a day off to come for an exam.

Mr. Messina is trying to be cooperative but he is in the process of packing for his move and getting his affairs in order here. Would you check with Tavares to see whether he wants to move back the expert deadlines another few months to give Mr. Messina an opportunity to complete his move and then come back for an exam?

5/23/2007

**EXHIBIT 3**

## Sensale, Connie

**From:** Sensale, Connie
**Sent:** Thursday, April 05, 2007 3:32 PM
**To:** 'Ann McNamara'
**Subject:** RE: Anthony Messina

Thanks again for all your help!

Connie A. Sensale, Litigation Paralegal
Nixon Peabody LLP
100 Summer Street, 26th Floor, #26212
Boston, MA 02110
Office: (617) 345-1026
Personal Fax (866) 741-5602
Office Fax: 617.345.1300
csensale@nixonpeabody.com
www.nixonpeabody.com

This e-mail message and any attachments are intended only for the use of the addressee named above and may contain information that is privileged and confidential. If you are not the intended recipient, any dissemination, distribution, or copying is strictly prohibited. If you received this e-mail message in error, please immediately notify the sender by replying to this e-mail message or by telephone. Thank you. .

---

**From:** Ann McNamara [mailto:amc@quinnmorris.com]
**Sent:** Thursday, April 05, 2007 3:30 PM
**To:** Sensale, Connie
**Subject:** RE: Anthony Messina

Just got it back from him and it's going in the mail.

Ann

---

**From:** Sensale, Connie [mailto:csensale@nixonpeabody.com]
**Sent:** Thursday, April 05, 2007 3:28 PM
**To:** Ann McNamara
**Cc:** Brewington, Tavares
**Subject:** RE: Anthony Messina

Hello Ann:

Luckily, April 24, 2007 at 10:00 am is still available and I have scheduled Mr. Messina's IME accordingly.

Also, I wanted to touch base with you to find out whether or not Mr. Messina returned the signed Hipaa Authorization for Boston Chiropractic, Kathleen McLean? Please let me know if you have any questions. Thanks

5/23/2007

again for all of your assistance with setting up this IME!!!



Connie A. Sensale, Litigation Paralegal
Nixon Peabody LLP
100 Summer Street, 26th Floor, #26212
Boston, MA 02110
Office: (617) 345-1026
Personal Fax (866) 741-5602
Office Fax: 617.345.1300
csensale@nixonpeabody.com
www.nixonpeabody.com

NIXON
PEABODY
LLP
ATTORNEYS AT LAW

This e-mail message and any attachments are intended only for the use of the addressee named above and may contain information that is privileged and confidential. If you are not the intended recipient, any dissemination, distribution, or copying is strictly prohibited. If you received this e-mail message in error, please immediately notify the sender by replying to this e-mail message or by telephone. Thank you. .

**From:** Ann McNamara [mailto:amc@quinnmorris.com]
**Sent:** Thursday, April 05, 2007 3:13 PM
**To:** Sensale, Connie
**Subject:** Anthony Messina

Hi Connie –

Mr. Messina is available on 4/24 at 10 am

Hopefully that day and time is still good.

Ann

5/23/2007

## Sensale, Connie

| | |
|---|---|
| **From:** | Sensale, Connie |
| **Sent:** | Friday, April 13, 2007 4:43 PM |
| **To:** | 'Ann McNamara' |
| **Cc:** | Brewington, Tavares |
| **Subject:** | RE: Anthony Messina |

Ann:

I will see what I can do on Monday and get back to you. FYI, Dr. Barr doesn't see patients after 2:00 pm, so if Dr. Barr has availability on the 30th, it will be noon to 1:30 pm. I will drop you a line on Monday letting you know how far I get. Thanks, Connie

Connie A. Sensale, Litigation Paralegal
Nixon Peabody LLP
100 Summer Street, 26th Floor, #26212
Boston, MA 02110
Office: (617) 345-1026
Personal Fax (866) 741-5602
Office Fax: 617.345.1300
csensale@nixonpeabody.com
www.nixonpeabody.com

This e-mail message and any attachments are intended only for the use of the addressee named above and may contain information that is privileged and confidential. If you are not the intended recipient, any dissemination, distribution, or copying is strictly prohibited. If you received this e-mail message in error, please immediately notify the sender by replying to this e-mail message or by telephone. Thank you. .

**From:** Ann McNamara [mailto:amc@quinnmorris.com]
**Sent:** Friday, April 13, 2007 4:35 PM
**To:** Sensale, Connie
**Cc:** Brewington, Tavares
**Subject:** RE: Anthony Messina

No argument from me Connie – I appreciate your efforts and know that this has been difficult. Mr. Messina's move to California was unexpected and he is having a tough time with it. He did tell me that anytime after 2 pm on the 30th or morning on the 1st would work. If that doesn't work, then I will draft the letter to the airlines.

Thanks,
Ann

**From:** Sensale, Connie [mailto:csensale@nixonpeabody.com]
**Sent:** Friday, April 13, 2007 4:15 PM
**To:** Ann McNamara
**Cc:** Brewington, Tavares
**Subject:** RE: Anthony Messina

5/23/2007

Ann:

Firstly, sorry for your loss and congratulations on your impending marriage.

This process of setting up an IME for Mr. Messina has been a very difficult one. I gave you four (4) dates ( 2 in April and 2 in May) which you brought to Mr. Messina and he then chose the date. There always seems to be at least 2 or 3 days lag time before Mr. Messina contacts your office.

I will make another attempt to reschedule the IME, but I will need exact times of availability from Mr. Messina before trying to reschedule the IME for April 30th or May 1st. Although I will be in the office, I know that Dr. Barr is unavailable on Friday afternoons. Monday is Patriot's day and I don't know if Dr. Barr's office will be opened but I will try, if you get back with me times.

Thank you,
Connie


Connie A. Sensale, Litigation Paralegal
Nixon Peabody LLP
100 Summer Street, 26th Floor, #26212
Boston, MA 02110
Office:  (617) 345-1026
Personal Fax (866) 741-5602
Office Fax:  617.345.1300
csensale@nixonpeabody.com
www.nixonpeabody.com

This e-mail message and any attachments are intended only for the use of the addressee named above and may contain information that is privileged and confidential. If you are not the intended recipient, any dissemination, distribution, or copying is strictly prohibited. If you received this e-mail message in error, please immediately notify the sender by replying to this e-mail message or by telephone. Thank you. .

---

**From:** Ann McNamara [mailto:amc@quinnmorris.com]
**Sent:** Friday, April 13, 2007 3:55 PM
**To:** Sensale, Connie
**Subject:** Anthony Messina

Hi Connie –

Sorry to even bring this up, but does your doctor have availability on April 30th or May 1st? Evidently, Mr. Messina's bosses are really giving him a hard time about getting back here on the 24th – but he will definitely be here on those days. He could do an appointment on 4/30 after 2 p.m. or in the morning on the 1st. If not, let me know and I will send a letter to the airlines telling them they need to cooperate.

Also, would you let Tavares know that our expert disclosures are coming next week – I have been out with a death in the family and haven't had a chance to complete the package. (In addition I am getting married next Saturday)

Thanks and have a great weekend.

Ann McNamara


5/23/2007

## Sensale, Connie

**From:** Leanne Giovino [lmg@quinnmorris.com]
**Sent:** Friday, April 20, 2007 12:34 PM
**To:** Sensale, Connie
**Subject:** RE: IME of Anthony Messina

Hi Connie,

Tony Messina called this morning and said that he is available on Tuesday, April 24th for the IME. Unfortunately, I am unable to reach Ann to ask how it was left with you. I am sure she's a little busy at the moment.

Could you please let me know if this date is correct and provide me with the details of where and when the appt is?

Thank you for your help!


Leanne Giovino
Assistant to Ann McNamara


---

**From:** Sensale, Connie [mailto:csensale@nixonpeabody.com]
**Sent:** Tuesday, April 17, 2007 1:34 PM
**To:** Ann McNamara
**Cc:** Leanne Giovino
**Subject:** RE: IME of Anthony Messina

Thank you and enjoy your honeymoon!!!!! Hopefully it's somewhere warm!!! Best wishes...


NIXON PEABODY

**Connie A. Sensale, Paralegal**
Nixon Peabody LLP
100 Summer Street, #26212
Boston, MA 02110
Direct (617) 345-1026
Direct Fax (866) 741-5602
Email csensale@nixonpeabody.com
www.nixonpeabody.com

The preceding e-mail message contains information that is confidential and may be protected by the attorney/client or other applicable privileges. The information is intended to be conveyed only to the designated recipient(s) of the message. If you believe that you are not an intended recipient of this message, please notify the sender at (617) 345-1026. Unauthorized use, dissemination, distribution or reproduction of this message by other than the intended recipient is strictly prohibited and may be unlawful.

5/23/2007

**EXHIBIT 4**

### Sensale, Connie

**From:** Leanne Giovino [lmg@quinnmorris.com]
**Sent:** Monday, April 23, 2007 10:55 AM
**To:** Sensale, Connie
**Subject:** RE: M. D. J. S. Barr

Hi Connie,

I just got into the office and received a phone call from Mr. Messina saying that he cannot get a flight out of San Diego, Los Angeles or any airport in CA...all are overbooked and he has been told that there is no hope to get a flight before tomorrow morning. So needless to say, he will NOT be able to keep his appt tomorrow with Dr. Barr at 10:00 a.m.

I told him that this would be a problem because the doctor only had this date, but obviously there is nothing that can be done.

I apologize for the last minute work you may have to do now. If you need anything before Ann returns because of this, please let me know.

Thanks,
Leanne

---

**From:** Sensale, Connie [mailto:csensale@nixonpeabody.com]
**Sent:** Friday, April 20, 2007 1:10 PM
**To:** Leanne Giovino
**Subject:** RE: M. D. J. S. Barr

Same to you!! Enjoy the weather while we have it......it's a good weekend for Ann to get married!!!

NIXON PEABODY

**Connie A. Sensale, Paralegal**
Nixon Peabody LLP
100 Summer Street, #26212
Boston, MA 02110
Direct (617) 345-1026
Direct Fax (866) 741-5602
Email csensale@nixonpeabody.com
www.nixonpeabody.com

The preceding e-mail message contains information that is confidential and may be protected by the attorney/client or other applicable privileges. The information is intended to be conveyed only to the designated recipient(s) of the message. If you believe that you are not an intended recipient of this message, please notify the sender at (617) 345-1026. Unauthorized use, dissemination, distribution or reproduction of this message by other than the intended recipient is strictly prohibited and may be unlawful.

5/23/2007