IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MICHAEL BUCCI AND ANTHONY MESSINA,

Plaintiffs,

vs.

GLOBEGROUND NORTH AMERICA, LLC,

Defendant.

05 CIV 10963-NG

## GLOBEGROUND NORTH AMERICA LLC'S EXPERT DISCLOSURE PURSUANT TO FED. R. CIV. P. 26(A)(2)

Now comes the Defendant Globe Ground North America, LLC in the above entitled action, and makes the following expert disclosures and designations pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure:

1. **MEDICAL EXPERT**

   **Joseph Seaton Barr, M. D.**
   **Orthopedics Associates**
   **0 Emerson Place**
   **Boston, MA 02114**

Dr. Joseph Barr is expected to testify as to Anthony Messina's alleged injuries. Dr. Barr has submitted an expert report (attached as Exhibit A). Defendant will supplement in a timely fashion a copy of Dr. Barr's *curriculum vitae*, which will list all publications he has authored, a list of cases in which he has testified at trial or in deposition in the preceding for (4) years, and Dr. Barr's compensation schedule.

10531611.1

**GLOBEGROUND NORTH AMERICA LLC**

By Its Attorneys,

_(signature)_

Raymond L. Mariani (*Admitted Pro Hac Vice*)
Tavares M. Brewington (BBO# 661125)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
(617) 345-1000

DATED: June 22, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2007, a true copy of the above document was served upon all counsel of record via U.S. Mail.

_(signature)_

Tavares M. Brewington

Exhibit "A"

**ORTHOPAEDIC ASSOCIATES, INC.**

ANTHONY E. WEBBER, M.D.
FULTON C. KORNACK, M.D.
JOSEPH S. BARR, JR., M.D.



AFFILIATED WITH:

HARVARD MEDICAL SCHOOL
MASSACHUSETTS GENERAL HOSPITAL
FAULKNER HOSPITAL
CHILDRENS HOSPITAL

June 13, 2007

To:     **Attorney Tavares Brewington**
        **Nixon Peabody LLP**
        **100 Summer Street**
        **Boston, MA 02110-2131**

Re:     **Anthony Messina et al v Globeground N A, LLC**
        **Civil Action No. 05 CV 10963NG**
        **Our File No. 07-013**

RECEIVED

JUN 2 0 2007

NIXON PEABODY LLP

Dear Attorney Brewington,

    **Background**: Mr. Anthony Messina was seen and examined in my office at your request. Positive identification was made with his California driver's license. Medical records that you had sent were reviewed. Those records included:

1. Medical records from Metro West Medical Center
2. HealthSouth MRI Center of Quincy, MRI August 19, 2004
3. Medical records from Dr. Arthur Christiano
4. Medical records from MGH Chelsea Healthcare Center
5. Medical records from East Boston Neighborhood Health Center
6. Medical records, Boston Spine Group, Dr. Kevin Sullivan
7. Medical records, Dr. David H. Kim
8. MRI Center of Chelsea, MRI August 2, 2004
9. Medical records from North Suburban Orthopedic Associates
10. Dr. Steven Sewall, IME dated May 14, 2003

    **History**: Anthony Messina was involved in a motor vehicle accident while working at Logan Airport for United Airlines on December 7, 2002. He and a coworker were doing ramp service and were riding in a van and had to stop for approaching aircraft. A tanker truck loaded with jet fuel struck the back of their vehicle. Mr. Messina was the passenger. The van was not equipped with head restraints. After reporting the accident to his supervisor, Mr. Messina proceeded to the MGH Chelsea Healthcare Center. He was complaining of pain in his neck and his right shoulder blade. Examination demonstrated some stiffness of his neck and he was treated conservatively. He continued to have neck and right shoulder pain with some tingling in the fingers of his right hand. Those symptoms caused Dr. Joel Snider to order an MRI of the cervical spine which was performed on January 3, 2003.

    The cervical MRI showed slight disk bulging at multiple levels, at C5-C6 there was a paracentral disk herniation to the right side impinging the C6 nerve root on the right side. Dr. Snider then referred Mr. Messina to Dr. David Kim at the Boston Spine Group. Dr. Kim saw Mr. Messina for the first time on February 10, 2003. Dr. Kim felt surgery was indicated at C5-

ZERO EMERSON PLACE
SUITE 120
BOSTON, MA 02114
TEL. (617) 726-3563
FAX (617) 742-7849

1

THE FAULKNER HOSPITAL
1153 CENTRE STREET
JAMAICA PLAIN, MA 02130
TEL. (617) 522-1734
FAX (617) 522-8325

C6 to remove the disk and perform a fusion. Tentative plans for surgery were made. On March 24 Mr. Messina reported back to Dr. Kim that his neck and arm were feeling better. At that time Dr. Kim cancelled plans for surgery and referred Mr. Messina to physical therapy. On May 19 after 6 weeks of physical therapy Mr. Messina was still experiencing some numbness in his right thumb and index finger and Dr. Kim suggested the possibility of an epidural steroid injection. Mr. Messina agreed to that and Dr. Kim referred him to Dr. Kevin Sullivan for the injection. Mr. Messina saw Dr. Sullivan on September 10 and by that time his symptoms had improved considerably. The neck pain was decreased and he was not having as much numbness and tingling in his fingers. Therefore, a decision was made not to carry on with an epidural steroid injection.

Mr. Messina had an independent medical evaluation (IME) by Dr. Steven Sewall on May 14, 2003. That was approximately 6 months post injury. Dr. Sewall found that Mr. Messina was still having numbness in his right arm. Examination revealed decreased motion of the neck with some decreased sensation between the thumb and index finger in the right hand. Dr. Sewall diagnosed cervical radiculitis and agreed with Dr. Kim regarding the possibility of epidural steroid injections. Dr. Sewall found Mr. Messina capable only of light duty, no lifting greater than 20 pounds. He felt that Mr. Messina had not reached a medical end point at that time.

The records do not indicate exactly when Mr. Messina returned to work, in our interview today he told me that he went back to work full duty sometime in December of 2003. Thus he was disabled for about one year.

**Interview with Mr. Messina:** Mr. Messina denied any neck difficulty before the incident of December 7, 2002. At the present time he gets some aching and discomfort in his neck going down to the region posteriorly just over the scapula and over the upper back. These symptoms are increased in cold or wet weather and for that reason Mr. Messina has moved to San Diego, California and now works at the airport there. He occasionally gets some numbness and tingling in the right fourth and fifth finger, this occurs mainly at night.

**Other History:** Mr. Messina had another injury at work on July 6, 2004. At that time he was pulling a long fuel hose when it suddenly snapped back and he suffered injury to his right shoulder. A shoulder MRI scan was done and demonstrated hypertrophic degenerative changes with a possible tear of the supraspinatus and tendinosis of the subscapularis. He was treated by Dr. Arthur Christiano and eventually underwent surgery on December 22, 2004. At that time the subscapularis tendon was torn and was repaired, a subacromial decompression was done, and a partial resection of the distal clavicle was done. Mr. Messina recovered well from that and by August of 2005 was returned to full duty.

**Past History:** Mr. Messina had an injury to his right shoulder in high school football, possibly a dislocation. He has had some episodes of low back pain off and on. He had surgery for a deviated nasal septum in 1977. Currently his health is good. The only medication he takes occasionally is ibuprofen for aches and pains. He has no allergies to medications. Recently, his PSA has been elevated and he is being followed by a urologist.

**Occupation:** He has been employed by United Airlines for approximately 33 years.

**Physical Examination**:  Mr. Messina presents as a pleasant gentleman who is 5 feet 10 inches tall and weighs 190 pounds.  Range of motion of his neck is extension 30 degrees, flexion 50 degrees, rotation to the left 60 degrees, to the right 40 degrees.  Lateral bending to the left 30 degrees, to the right 20 degrees.  He does not have any anterior tenderness over the brachial plexus.  He has some mild generalized tenderness over the lower posterior cervical spine and upper right scapula.  He has full range of motion of both shoulders and arms.  Examination of the right elbow reveals subluxation of the ulnar nerve over the medial epicondyle when the elbow is fully flexed.  Lumbar flexion is mildly limited.

Neurological examination reveals normal deep tendon reflexes in the upper extremities. His muscle strength is normal.  No sensory loss was identified.

**X-rays**:  MRI reports were reviewed and are discussed above.  No actual films were available for review.

**Diagnosis**:  **Status post cervical spine injury with rupture of the C5-C6 disk.**
**Status post rotator cuff injury right shoulder with surgical repair.**
**Right cubital tunnel syndrome.**

**Discussion**:  Mr. Messina suffered an acute sprain of the cervical spine on December 7, 2002.  This injury exacerbated (temporarily increased) pre-existing degenerative changes of the cervical spine which had never been symptomatic, and caused a rupture of the C5 C6 cervical disk on the right side.  He was disabled for approximately 1 year following this injury.  He occasionally gets some aching and stiffness in the neck, but basically his neck condition has returned to its preinjury status.  The numbness and tingling of the fourth and fifth fingers in his right hand are due to irritation of the ulnar nerve at the elbow, a cubital tunnel syndrome.  This condition is not connected to the injury of December 7, 2002.

The above opinions are mine and are given to a reasonable degree of medical certainty based on the available medical information, as well as my interview with, and examination of, Mr. Anthony Messina.

Yours Sincerely,

Joseph S. Barr, Jr., MD