UNTIED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MICHAEL BUCCI and ANTHONY MESSINA, Plaintiffs ) ) ) ) ) ) v. ) ) ) GLOBEGROUND NORTH AMERICA LLC, Defendant ) ) ) ) | CIVIL ACTION NO.: 05 CV 10963NG |

**PLAINTIFF MICHAEL BUCCI'S SUPPLEMENTAL EXPERT DISCLOSURE
PURSUANT TO FED.R.CIV.P. 26(a)(2)**

Now comes the plaintiff Michael Bucci, in the above entitled action, and makes the following supplemental expert disclosures and designations pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure:

1. **MEDICAL EXPERT**

   Michael V. Ditullio, M.D.
   South Suburban Neurosurgical Associates, Inc.
   780 Main Street
   South Weymouth, MA 02190

   Dr. Ditullio is expected to testify as to the plaintiff's physical injuries and disabilities and its causal relation to the work related motor vehicle accident on December 7, 2002. Dr. Ditullio will be examining Mr. Bucci on July 10, 2007 and will provide a report, which will be supplemented by the Plaintiff in a timely fashion prior to trial. Plaintiff will also supplement in a timely fashion a copy of Dr. Ditullio's curriculum vitae, which will lists all publications he has authored, a list of cases in

which he has testified at trial or in deposition in the preceding four (4) years, and Dr. Ditullio's compensation schedule.

                Respectfully submitted,
                Plaintiff, Michael Bucci,
                by his attorney,

                s/_____
                Ann M. McNamara
                QUINN AND MORRIS
                141 Tremont Street
                Boston, MA 02111
                Tel. (617) 423-3500
                BBO #: 117450

## CERTIFICATE OF SERVICE

I, Ann M. McNamara, hereby certify that I have served on the 28th day of June, 2007, served a true copy of the enclosed **Plaintiff Michael Bucci's Supplemental Expert Disclosure Pursuant to Fed.R.Civ.P. 26(A)(2)** by first-class mail to counsel of record:

Tavares M. Brewington, Esquire
Nixon Peabody, LLP
100 Summer Street
Boston, MA 02110

s/
Ann M. McNamara
QUINN AND MORRIS
141 Tremont Street
Boston, MA 02111
Tel. (617) 423-3500
BBO #: 546445