UNTIED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| MICHAEL BUCCI and ANTHONY MESSINA, Plaintiffs | ) ) ) ) ) | |
| v. | ) ) ) | CIVIL ACTION NO.: 05 CV 10963NG |
| GLOBEGROUND NORTH AMERICA LLC, Defendant | ) ) ) ) | |

### PLAINTIFF MICHAEL BUCCI'S SUPPLEMENTAL EXPERT DISCLOSURE PURSUANT TO FED.R.CIV.P. 26(a)(2)

Now comes the plaintiff Michael Bucci, in the above entitled action, and makes the following supplemental expert disclosures and designations pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure:

1. **MEDICAL EXPERT**

   Michael V. Ditullio, M.D.
   South Suburban Neurosurgical Associates, Inc.
   780 Main Street
   South Weymouth, MA 02190

Dr. Ditullio is expected to testify as to the plaintiff's physical injuries and disabilities and its causal relation to the work related motor vehicle accident on December 7, 2002. Dr. Ditullio will be examining Mr. Bucci on July 10, 2007 and will provide a report, which will be supplemented by the Plaintiff in a timely fashion prior to trial. Plaintiff attaches in Exhibit "A" a copy of Dr. Ditullio's curriculum vitae, which will lists all publications he has authored. Also, the Plaintiff attaches in Exhibit "B" a list of cases in which he has testified at trial or in deposition in the preceding four (4) years.

Respectfully submitted,
Plaintiff, Michael Bucci,
by his attorney,

/s/ Ann M. McNamara
Ann M. McNamara
QUINN AND MORRIS
141 Tremont Street
Boston, MA 02111
Tel. (617) 423-3500
BBO #: 117450

# EXHIBIT "A"

Updated June 28, 2005

# MICHAEL V. DITULLIO, JR., M.D.

## CURRICULUM VITAE

**PERSONAL:**

| | |
|---|---|
| Name: | Michael V. DiTullio, Jr., M.D. |
| Date of Birth: | October 18, 1943 |
| Place of Birth: | Boston, Massachusetts |
| Address: | 7 Sunset Lane, Hingham, MA 02043 |
| Married: | November 11, 1972 |
| | Wife: Linda Jean Daley |
| | Children: Michael Vincent, III |
| | Date of Birth: 10/28/76 |
| | Marisa Lynn |
| | Date of Birth: 12/16/78 |

Office Address:  780 Main Street
S. Weymouth, MA 02190
781 331 0250

**EDUCATION:**

| | | |
|---|---|---|
| High School: | Boston Latin School | 1955 - 1961 |
| College: | Harvard University | 1961 - 1965 B.S. |
| Medical School: | Tufts Medical School | 1965 - 1969 M.D. (Honors) |

**TRAINING:**

| | | |
|---|---|---|
| Surgical Intern: | Kings County Hospital Brooklyn, N.Y. | 1969 - 1970 |
| Surgical Resident: | New England Medical Center (NEMCH) | 1970 - 1971 |
| First Year Neurology Resident: | NEMCH | 1971 - 1972 |
| Second Year Neurology Resident: | NEMCH | 1972 - 1973 |
| Chief Neurology Resident | UCLA Medical Center | 1975 - 1976 |
| Neurosurgery Resident | UCLA Medical Center | 1973 - 1978 |

**MILITARY:** U. S. Army Reserve MC Major          1970 - 1976

Research Interests and Projects:
1. Effect of Deafferentation upon the Development of Mammalian Visual System. Performed under the guidance of Drs. Stanley Cobb and Frank Ervin as Massachusetts General Hospital - 1964 - 1969

Michael V. DiTullio, Jr., M.D.
Curriculum Vitae                                                                Page 2

Research Interests and Projects:

2. Development of a Detachable Balloon Catheter for the Treatment of Intercranial Vascular Disease Processes. Performed in association with Dr. Peter Rand at the UCLA Medical Center – 1976

3. Utilization of Various Perfusates in the Amelioration of Ischemic Brain Disease – 1976

## ASSOCIATIONS:

| | |
|---|---|
| American Academy of Neurology – Junior Fellow | 1972 – Present |
| Massachusetts Medical Society | 1979 – Present |
| Congress of Neurological Surgeons | 1979 – Present |
| American Association of Neurological Surgeons | 1981 – Present |
| New England Neurosurgical Society | 1981 – Present |
| Fellow – American College of Surgeons | 1983 – Present |
| Fellow – Royal Society of Medicine | 1992 – Present |

## BOARD ELIGIBILITY:

| | |
|---|---|
| American Board of Neurosurgery | Passed in 1980 – Board Certified |
| American Board of Psychiatry and Neurology | Part I Passed in April, 1977 |

## LICENSES:

| | |
|---|---|
| Massachusetts | 1969 – Present |
| California | 1973 – Present |

## APPOINTMENTS:

| | |
|---|---|
| Board of Directors – South Shore Hospital PHO | 2000 – Present |

## EXAMINER FOR:

| | |
|---|---|
| Commonwealth of Massachusetts | Division of Industrial Accidents 600 Washington Street, Boston, MA |
| Commonwealth of Massachusetts | Division of Employee Retirement Administration, Boston, MA |
| Commonwealth of Massachusetts | Disability Determination Services, Massachusetts Rehabilitation Commission, Boston, MA |

## STAFF APPOINTMENTS:

| | |
|---|---|
| South Shore Hospital, Weymouth, MA: | Active Staff |
|    Chief – Division of Neurosurgery | 2001 – 2003 |
|    Surgical Peer Review Committee | 2001 – 2003 |
|    South Shore Hospital PHO – Board of Director | 1999 – Present |
|    South Shore Hospital PHO – Clerk | 2000 – Present |
| Quincy Hospital, Quincy, MA | Active Staff |
| Carney Hospital, Dorchester, MA | Consulting Staff |

Michael V. DiTullio, Jr., M.D.
Curriculum Vitae                                                                          Page 3

Bibliography:
Published:

1. DiTullio, MV and Rand, RW. Efficacy of cryohypophysectomy in the treatment of acromegaly. Journal of Neurosurgery 46: 1-12. 1976.

2. DiTullio, MV and Rand, RW. Development of a detachable balloon catheter for vascular disease of the brain.
Bulletin of the Los Angeles Neurosurgical Society 41: 2-6, 1976.

3. DiTullio, MV and Rand, RW. Application of microsurgical technique in the neurosurgical removal of acoustic neuromas.
IN Rand, RW Microneurosurgery. St. Louis, CV Mosby Co. 1977, Chapter 11.

4. DiTullio, MV. Epidural hematoma with third nerve paralysis in an awake patient. Surgical Neurology 7: 193 - 197, 1977.

5. DiTullio, MV. Intramedullary spinal abscess: A prognostic and therapeutic evaluation of 54 reported cases. Surgical Neurology 7: 351- 354, 1977.

6. DiTullio, MV and Rand, RW. A critical comparison of the otologic and neurosurgical approaches to acoustic neuromas.
Journal of Neurosurgery 48: 1 - 12, 1978.

7. DiTullio, MV and Rand, RW. Detachable balloon catheter: Its application in the treatment of vascular defects.
Journal of Neurosurgery 48: 717 - 723, 1978.

8. Renaudin, J and DiTullio, MV and Brown J. Seeding of Intracranial Ependymomas in Children. Child Brain.

9. Hysaw, C and DiTullio, MV and Renaudin, J. Superficial Temporal Arteriovenous Fistula. Surgical Neurology 12: 46 - 48, 1979.

10. DiTullio, MV and Stern, WE. Hemangioma Calcificans. Journal of of Neurosurgery 50: 110 - 115, 1979.

11. DiTullio, MV and Fried, H. Ganglioglioma - Neurogliogenic Tumor Involving the Left Frontal Lobe: Case Report. Neurosurgery 5: 371 - 375, 1979.

12. DiTullio, MV Book Review: The Veins of the Posterior Fossa. Journal of Neurosurgery 51: 421, 1979.

Michael V. DiTullio, Jr., M.D.
Curriculum Vitae                                                    Page 4

13. DiTullio, MV. Book Review: Facial Palsies. Journald of Neurosurgery 54: 1981.

Previous Research:

14. DiTullio, MV and Rand, RW. Application of heparain, Decadrom and phenobarbital in the alleviation of post ischemic occlusive disease.

15. DiTullio, MV and Rand, RW. A report of clinical experience with the utilization of detachable ballons in the treatment of neurovascular problems.

Meetings At Which Papers Have Been Presented:

1. Harvey Cushing Society (AANS)         Miami - April, 1975
   Efficacy of Cryohypophysectomy in the Treatment of Acromegaly.

2. Harvey Cushing Society (AANS)         Miami - April, 1975
   Cerebellar Cortical Stimulation and its Effect on Epilepsy.

3. Western Neurosurgical Society         Hawaii - September, 1975
   Intramedullary Spinal Abscesses in 54 Patiens.

4. Society of Neurosciences of the GDR   Reinhardsbrum (GDR) - October, 1975
   Symposium on the Visutal System.
   The superior colliculus and the dependency of its anatomical and structural development upon adequate afferent stimulation during the early part of maturation.

5. World Microsurgery Congres I          San Francisco - May, 1976
   Microsurgical approacl to acoustin neuromas: The transmeatal suboccipital approach vs. the translabyrinthine and middle fossa approaches.

6. 101st Annual Meeting of the American Neurological Association
                                          San Francisco - June, 1976
   The necessity for early diagnosis and appropriate surgical intervention in the treatment of intramedullary spinal abscesses.

7. Harvey Cushing Society (AANS)         Toronto - April, 1977
   A critical comparison of the otological and neurosurgical approaches to acoustic neuromas.

8. Western Neurosurgical Society         Ranco La Costa, California
                                          September, 1977
   The role of post-operative irradiation in the treatment of intracranial ependymomas.

# EXHIBIT "B"

# Michael V. DiTullio, JR., MD, LLC

American Board Of Neurological Surgery     Fellow American College Of Surgery

June 28, 2007

Quinn and Morris
141 Tremont Street
Boston, MA 02111

To whom it may concern:

Below are listed to the best of my recollection the trials and depositions in which I have testified as an expert witness:

| | | | |
|---|---|---|---|
| 1 | 6/12/06 | Dubinsky v Abrams | Firm: Adler, Cohen, Wakeman, etc |
| 2. | 10/10/06 | Van v Munkittrick | Firm: Morrison & Mahoney |
| 3. | 5/24/07 | Blake v Faille | Firm: Orr & Reno |

Also included is a copy of my curriculum vitae.

*Michael V. DiTullio MD*
Michael V. DiTullio, Jr. MD