The Honorable Nancy Gertner
United States District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

   RE: Michael Bucci and Anthony Messina v. Globeground North America, LLC
      Civil Action No. 05-CV-10963-NG

Dear Judge Gertner:

   Pursuant to this Court's order dated September 6, 2007, Globeground North America, LLC, on behalf of the parities, hereby submits the following report regarding the settlement negotiations pertaining to the claims of plaintiffs Michael Bucci and Anthony Messina which have been asserted against Globeground North America, LLC in the above referenced case.

   With respect to the plaintiff Michael Bucci's claims, the parties have agreed to settlement for the amount of One Hundred and Twenty-Five Thousand Dollars ($125,000). This settlement agreement is contingent upon Michael Bucci successfully obtaining a reduction in the worker's compensation lien associated with his claim.

   With respect to Anthony Messina's claims, the parties continue to work actively towards settlement.

   Please feel free to contact our offices with any questions.

         Respectfully Submitted
         **GLOBEGROUND NORTH AMERICA, LLC**
         By Its Attorneys,

         //s// Tavares M. Brewington

         _____
         Raymond L. Mariani (*Admitted Pro Hac Vice*)
         Tavares M. Brewington, Esq. (BBO #661125)
         NIXON PEABODY, LLP
         100 Summer Street
         Boston, MA 02110
Dated:  September 21, 2007    (617) 345-1000

10736587.1

## CERTIFICATE OF SERVICE

      I hereby certify that on September 21, 2007, a true copy of the above document was served upon all counsel of record via the Court's Electronic Case Filing (ECF) system.

//s// Tavares Brewington

_____

Tavares M. Brewington