UNTIED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MICHAEL BUCCI and<br>ANTHONY MESSINA,<br>    Plaintiffs<br><br>v.<br><br>GLOBEGROUND<br>NORTH AMERICA LLC,<br>    Defendant | CIVIL ACTION NO.: 05 CV 10963NG |

**PLAINTIFFS' SETTLEMENT REPORT**

1. The parties are currently involved in extensive settlement negotiations regarding this matter.

2. The defendant has offered Plaintiff Michael Bucci $125,000.00 to settle this matter.

3. The defendant has offered Plaintiff Anthony Messina $65,000.00 to settle this matter.

4. The subject matter of these claims is related to a work accident and both plaintiffs have a workers' compensation lien related to this matter.

5. The plaintiffs' counsel is currently negotiating and awaiting the status on the plaintiffs' request for compromise of their workers' compensation lien. Plaintiff's counsel has contacted the workers' compensation insurer several times regarding these requests for compromise and has received no responses.

6. Counsel for the plaintiff Michael Bucci believes his matter can settle for the above referenced offer if an amicable compromise of the workers' compensation lien can be agreed upon.

7. Counsel for the Plaintiff Anthony Messina is still negotiating his claim.

        Respectfully submitted,
        Plaintiffs, Michael Bucci
        and Anthony Messina,
        By their attorney,


        /s/ Ann M. McNamara
        Ann M. McNamara
        QUINN AND MORRIS
        141 Tremont Street
        Boston, MA 02111
        Tel. (617) 423-3500
        BBO#: 546445

**CERTIFICATE OF SERVICE**

      I, Ann M. McNamara, hereby certify that I have this 26th day of September, 2007, served a true copy of the enclosed **Plaintiffs' Settlement Report,** by first-class postage prepaid to counsel of record:

Tavares M. Brewington, Esquire
Nixon Peabody, LLP
100 Summer Street
Boston, MA 02110

                                                  /s/ Ann M. McNamara
                                                  Ann M. McNamara
                                                  QUINN AND MORRIS
                                                  141 Tremont Street
                                                  Boston, MA 02111
                                                  Tel. (617) 423-3500
                                                  BBO #: 546445