# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

BUCCI et al
      Plaintiff

V.

GLOBEGROUND NORTH AMERICA
      Defendant

CIVIL ACTION

NO.  1:05-cv-10963-NG

## SETTLEMENT ORDER OF DISMISSAL

GERTNER, D. J.

The Court having been advised on  10/4/2007  that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

By the Court,

10/9/2007
Date

/s/ JENNIFER GAUDET
Deputy Clerk

(Dismissal Settlement.wpd - 12/98)