UNTIED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **MICHAEL BUCCI and** ) | |
| **ANTHONY MESSINA,** ) | |
|     **Plaintiffs** ) | |
| ) | **CIVIL ACTION NO.: 05 CV 10963NG** |
| **v.** ) | |
| ) | |
| **GLOBEGROUND** ) | |
| **NORTH AMERICA LLC,** ) | |
|     **Defendant** ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

    The parties in the above matter, pursuant to Federal Rule of Civil Procedure 41(a), hereby stipulate to the dismissal of said action, with prejudice, and without costs to either party.

| | |
|---|---|
| Plaintiffs, Michael Bucci | Defendant, Globeground |
| and Anthony Messina, | North America, LLC |
| by their attorney, | by their attorneys, |
| | |
| /s/ Ann M. McNamara | /s/ (with permission from Tavares M. Brewington) |
| Ann McNamara, Esq. BBO#546445 | Tavares M. Brewington, Esq. BBO #: 661125 |
| Quinn and Morris | Raymond L. Mariani, Esquire |
| 141 Tremont Street | Nixon Peabody LLP |
| Boston, MA 02111 | 100 Summer Street |
| Tel. (617) 423-3500 | Boston, MA 02110 |
| | Tel. (617) 345-1000 |

CERTIFICATE OF SERVICE

I, Ann M. McNamara, hereby certify that I have this 4th day of December, 2007, served a true copy of the enclosed **Stipulation of Dismissal with Prejudice,** through the United States Federal Court CM/ECF filing system to counsel of record:

Tavares Brewington, Esquire
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110-2131

/s/ Ann M. McNamara
Ann M. McNamara
QUINN AND MORRIS
141 Tremont Street
Boston, MA 02111
Tel. (617) 423-3500
BBO #: 546445